Fill in this information to identify your case:

| Debtor 1 | Michelle | Anne | Baron |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | | District of Oregon |
| Case number (if known) | 18-32159-tmb7 | | |



US BANKRUPTCY COURT
DISTRICT OF OREGON

2018 JUL -5 PM 4: 34

☐ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

## Part 1: Summarize Your Assets

| | Your assets Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................................... | $3,990,000.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*............................................................................... | $5,600.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*............................................................................... | $3,995,600.00 |

## Part 2: Summarize Your Liabilities

| | Your liabilities Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $7,504,194.30 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | $502,757.29 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + $6,527.44 |
| **Your total liabilities** | $8,013,479.03 |

## Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*........................................................................ | $5,107.48 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*........................................................................ | $5,103.63 |

Case 18-32159-tmb7   Doc 10   Filed 07/05/18

## Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.                    _____

9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:

|                                                                                                    | Total claim    |
|----------------------------------------------------------------------------------------------------|----------------|
| **From Part 4 on Schedule E/F, copy the following:**                                               |                |
| 9a. Domestic support obligations (Copy line 6a.)                                                   | _____  |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.)                          | _____  |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)                | _____  |
| 9d. Student loans. (Copy line 6f.)                                                                 | _____  |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____  |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)             | + _____ |
| 9g. **Total**. Add lines 9a through 9f.                                                            | _____  |

Case 18-32159-tmb7    Doc 10    Filed 07/05/18

Fill in this information to identify your case and this filing:

| | | | |
|---|---|---|---|
| Debtor 1 | **Michelle** | **Anne** | **Baron** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of Oregon** | |
| Case number | 18-32159-tmb7 | | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                          12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.    Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.5    **3 beds 3 baths 2,229 Square Feet**
Street address, if available, or other description

**13140 SW Heather Court**

**Beaverton, OR 97008**
City                          State          ZIP Code

**Washington**
County

**What is the property?** Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☑ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:
House in poor condition from bank/prior owner neglect.

Source of Value:
Zillow

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?          **$450,000.00**

Current value of the portion you own?          **$225,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Equitable Interest**

☐ **Check if this is community property** (see instructions)

Official Form 106A/B                          Schedule A/B: Property                          page 1

| Debtor 1 | **Michelle** | **Anne** | **Baron** | | Case number *(if known)* **18-32159-tmb7** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**1.6**    **4 beds 3.5 baths 4,580 Square Feet on 40 acres - no water rights**
Street address, if available, or other description

**9999 NE Worden Hill Road**

**Dundee, OR 97115**
City      State      ZIP Code

County

**What is the property?** Check that all apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:
**Property in Poor Condition due to deferred maintenance neglect**

**Source of Value:**
**Zillow**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$775,000.00**

Current value of the portion you own? **$387,500.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Equitable Interest**

☐ **Check if this is community property** (see instructions)

---

**1.7**    **3 beds 2 baths 1392 square feet**
Street address, if available, or other description

**530 Upper Lavista Ct NW**

**Salem, OR 97304**
City      State      ZIP Code

County

**What is the property?** Check that all apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$275,000.00**

Current value of the portion you own? **$137,500.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Equitable Interest**

☐ **Check if this is community property** (see instructions)

---

**1.8**    **4 beds 3 baths 2264 square feet**
Street address, if available, or other description

**600 E 10th St**

**Newberg, OR 97132**
City      State      ZIP Code

County

**What is the property?** Check that all apply.
- ☐ Single-family home
- ☑ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Source of Value:**
**Zillow**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$370,000.00**

Current value of the portion you own? **$185,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Equitable Interest**

☐ **Check if this is community property** (see instructions)

---

Debtor 1    **Michelle        Anne          Baron**                              Case number *(if known)*  **18-32159-tmb7**
            First Name       Middle Name    Last Name

| 1.9 | **1910 SW 71st** | **What is the property?** Check all that apply. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

1.9   **1910 SW 71st**
      Street address, if available, or other
      description

      **Portland, OR 97225**
      City          State    ZIP Code

      **Washington**
      County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☑ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  **unknown**
**Current value of the portion you own?**  **unknown**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Equitable Interest**

☐ **Check if this is community property**
   (see instructions)

---

1.10  **3606 SE Durango Place**
      Street address, if available, or other
      description

      **Gresham, OR 97080**
      City          State    ZIP Code

      County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☑ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  **unknown**
**Current value of the portion you own?**  **unknown**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Equitable Interest**

☐ **Check if this is community property**
   (see instructions)

---

1.11  **5137 nw 172ND Place**
      Street address, if available, or other
      description

      **Portland, OR 97229**
      City          State    ZIP Code

      County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  **unknown**
**Current value of the portion you own?**  **unknown**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Equitable Interest**

☐ **Check if this is community property**
   (see instructions)

| Debtor 1 | **Michelle** | **Anne** | **Baron** | | Case number *(if known)* | **18-32159-tmb7** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**1.12** **13602 SE 154th Drive**
Street address, if available, or other description

_____

**Clackamas, OR 97015**
City                State        ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**        **Current value of the portion you own?**
                   **unknown**                               **unknown**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Equitable Interest**
_____

☐ **Check if this is community property** (see instructions)

---

**1.13** **21565 SE Firwood Road**
Street address, if available, or other description

_____

**Sandy, OR 97055**
City                State        ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**        **Current value of the portion you own?**
                   **unknown**                               **unknown**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Equitable Interest**
_____

☐ **Check if this is community property** (see instructions)

---

**1.14** **21960 Columbia Circle**
Street address, if available, or other description

_____

**Tualatin, OR 97062**
City                State        ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**        **Current value of the portion you own?**
                   **unknown**                               **unknown**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Equitable Interest**
_____

☐ **Check if this is community property** (see instructions)

| Debtor 1 | **Michelle** | **Anne** | **Baron** | | Case number *(if known)* **18-32159-tmb7** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**1.15** **30620 SW Rose Lane**
Street address, if available, or other description

**Wilsonville, OR 97070**
City                State        ZIP Code

County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** **unknown**
**Current value of the portion you own?** **unknown**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Equitable Interest**

☐ **Check if this is community property** (see instructions)

---

**1.16** **112 NW 112th Ave**
Street address, if available, or other description

**Portland, OR**
City                State        ZIP Code

**Washington**
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** **unknown**
**Current value of the portion you own?** **unknown**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Equitable Interest**

☐ **Check if this is community property** (see instructions)

---

**1.17** **35376 Helens Way**
Street address, if available, or other description

**St Helens, 97051**
City                State        ZIP Code

County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** **unknown**
**Current value of the portion you own?** **unknown**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Equitable Interest**

☐ **Check if this is community property** (see instructions)

Form

| Debtor 1 | **Michelle** | **Anne** | **Baron** | | Case number *(if known)* | **18-32159-tmb7** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

**1.18** **32934 Smith Road**
Street address, if available, or other
description

**St. Helens, OR 97051**
City       State      ZIP Code

County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **unknown**    **Current value of the portion you own?**   **unknown**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Equitable Interest**

- ☐ **Check if this is community property** (see instructions)

---

**1.19** **12054 Chapin Ct**
Street address, if available, or other
description

**Oregon City, OR 97045**
City       State      ZIP Code

County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **unknown**    **Current value of the portion you own?**   **unknown**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Equitable Interest**

- ☐ **Check if this is community property** (see instructions)

---

**1.20** **35727 SE Douglas Road**
Street address, if available, or other
description

**Eagle Creek, OR 97022**
City       State      ZIP Code

County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **unknown**    **Current value of the portion you own?**   **unknown**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Equitable Interest**

- ☐ **Check if this is community property** (see instructions)

---

Official Form 106A/B         Schedule A/B: Property         page 6

Case 18-32159-tmb7     Doc 10     Filed 07/05/18     6/17

| Debtor 1 | **Michelle** | **Anne** | **Baron** | Case number *(if known)* | **18-32159-tmb7** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**1.1**  **4 bedroom, 5.5 bath, 5,526 square ft home**
Street address, if available, or other description

**1701 SE Oak Shore Ln**

**Portland, OR 97267**
City                    State    ZIP Code

**Clackamas**
County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**
**$1,500,000.00**                              **$1,500,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Individually Owned Equitable Interest attempting to convert into a Legal Ownership Interest.**

- ☐ **Check if this is community property** (see instructions)

**Source of Value:**
**Zillow**

---

**1.2**  **4 bedroom, 3 bath Single Family Home on 2 acres**
Street address, if available, or other description

**18901 Hill Top Rd**

**Lake Oswego, OR 97034**
City                    State    ZIP Code


County

**What is the property?** Check all that apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**
**In litigation with Utah Lender, they took over control of the home and forcefully removed the short term tenant without permission from me or the courts.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**
**$880,000.00**                                **$880,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Individually Owned - Former Homestead**

- ☐ **Check if this is community property** (see instructions)

**Source of Value:**
**Zillow**

---

**1.3**  **3 bedroom 2 bath, 2,200 square feet. Potential extra lot.**
Street address, if available, or other description

**3004 SE 62nd Avenue**

**Portland, OR 97206**
City                    State    ZIP Code

**Multnomah**
County

**What is the property?** Check all that apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**
**Part of Crimson Investment Group, LLC Chapter 11. Crimson is owned by Turning Leaf Homes, LLC.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**
**$500,000.00**                                **$500,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Equitable Interest**

- ☐ **Check if this is community property** (see instructions)

**Source of Value:**
**Zillow**

Official Form 106A/B                          Schedule A/B: Property                          page 7

| Debtor 1 | **Michelle** | **Anne** | **Baron** | | Case number *(if known)* | **18-32159-tmb7** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

1.4 **2 beds 2 baths 1,564 square feet**
Street address, if available, or other
description

**19200 Sw Kinnaman Rd**

**Beaverton, OR 97078-2451**
City                          State        ZIP Code

**Washington**
County

**What is the property?** Check all that apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Source of Value:**
**Zillow**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$350,000.00** | **$175,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Equitable Interest**

- ☐ Check if this is community property
  (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.**..................................................................... →  | **$3,990,000.00** |

| Debtor 1 | **Michelle** | **Anne** | **Baron** | | Case number *(if known)* | 18-32159-tmb7 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

## Part 2:  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   - ☑ No
   - ☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   - ☑ No
   - ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here................................................................................  ➔  _____

---

## Part 3:  Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions.
---|---

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   - ☐ No
   - ☑ Yes. Describe........  | Television | **$100.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   - ☐ No
   - ☑ Yes. Describe........  | See Attached. | **$500.00**

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   - ☑ No
   - ☐ Yes. Describe........

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   - ☑ No
   - ☐ Yes. Describe........

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    - ☑ No
    - ☐ Yes. Describe........

---

Case 18-32159-tmb7     Doc 10     Filed 07/05/18                          9/17

| Debtor 1 | **Michelle** | **Anne** | **Baron** | Case number *(if known)* | **18-32159-tmb7** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☑ Yes. Describe........     Clothing                         **$3,500.00**

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☑ No

    ☐ Yes. Describe........

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☑ No

    ☐ Yes. Describe........

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☐ No

    ☑ Yes. Describe........     Makeup/Botox                    **$1,500.00**

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................................................................................. →    **$5,600.00**

## Part 4: Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No

    ☐ Yes.......................................................................................................

         Cash..............

17. **Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☑ No

    ☐ Yes..................

                       Institution name:

             17.1. Checking account: _____

             17.2. Checking account: _____

| Debtor 1 | **Michelle** | **Anne** | **Baron** | Case number *(if known)* **18-32159-tmb7** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

17.3. Savings account: _____    _____

17.4. Savings account: _____    _____

17.5. Certificates of deposit: _____    _____

17.6. Other financial account: _____    _____

17.7. Other financial account: _____    _____

17.8. Other financial account: _____    _____

17.9. Other financial account: _____    _____

18. **Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes..................

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No
    ☐ Yes. Give specific information about them....................

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific information about them....................

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No
    ☐ Yes. List each account separately.

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No
    ☐ Yes..................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes..................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No
    ☐ Yes..................

| Debtor 1 | **Michelle** | **Anne** | **Baron** | Case number *(if known)* | **18-32159-tmb7** |
|----------|--------------|----------|-----------|--------------------------|-------------------|
|          | First Name   | Middle Name | Last Name |                       |                   |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific
    information about them....

        _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
    information about them....

        _____

27. **Licenses, franchises, and other general intangibles**

    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses,
        professional licenses

☑ No
☐ Yes. Give specific
    information about them....

        _____

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information
    about them, including whether
    you already filed the returns
    and the tax
    years......................

Federal: _____
State: _____
Local: _____

29. **Family support**

    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific
    information..........

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

30. **Other amounts someone owes you**

    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
        compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific
    information..........

        _____

31. **Interests in insurance policies**

    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance company
    of each policy and list its value....

| Debtor 1 | **Michelle** | **Anne** | **Baron** | | Case number *(if known)* | 18-32159-tmb7 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes. Give specific
     information...........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim.................

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim.................

35. **Any financial assets you did not already list**

☑ No
☐ Yes. Give specific
     information...........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................. ➔ | $0.00 |

---

**Part 5:**    **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
☑ No. Go to Part 6.
☐ Yes. Go to line 38.

38. **Accounts receivable or commissions you already earned**

☐ No
☐ Yes. Describe........

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☐ Yes. Describe........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☐ Yes. Describe........

---

Official Form 106A/B          Schedule A/B: Property          page **13**

| Debtor 1 | **Michelle** | **Anne** | **Baron** | Case number *(if known)* | 18-32159-tmb7 |
| | First Name | Middle Name | Last Name | | |

41. **Inventory**

☐ No
☐ Yes. Describe........  [                                    ]  _____

42. **Interests in partnerships or joint ventures**

☐ No
☐ Yes. Describe........

Name of entity:                                    % of ownership:

_____    _____ %    _____

_____    _____ %    _____

_____    _____ %    _____

43. **Customer lists, mailing lists, or other compilations**

☐ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

  ☐ No
  ☐ Yes. Describe........  [                          ]  _____

44. **Any business-related property you did not already list**

☐ No
☐ Yes. Give specific
   information.........

   _____    _____

   _____    _____

   _____    _____

   _____    _____

   _____    _____

   _____    _____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here**............................................................................ →   [ _____ ]

---

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ☑ No. Go to Part 7.
   ☐ Yes. Go to line 47.

| Debtor 1 | **Michelle** | **Anne** | **Baron** | | Case number *(if known)* **18-32159-tmb7** |
|----------|--------------|----------|-----------|---|---|
| | First Name | Middle Name | Last Name | | |

**47. Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☐ No
☐ Yes.........................

_____

**48. Crops—either growing or harvested**

☐ No
☐ Yes. Give specific
   information............

_____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☐ Yes.........................

_____

**50. Farm and fishing supplies, chemicals, and feed**

☐ No
☐ Yes.........................

_____

**51. Any farm- and commercial fishing-related property you did not already list**

☐ No
☐ Yes. Give specific
   information............

_____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here.................................................................** ➔

_____

---

**Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53. Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific
   information............

_____

**54. Add the dollar value of all of your entries from Part 7. Write that number here....................................** ➔   | $0.00 |

---

**Part 8: List the Totals of Each Part of this Form**

**55. Part 1: Total real estate, line 2.........................................................................................** ➔   | $3,990,000.00 |

**56. Part 2: Total vehicles, line 5**                                    $0.00

**57. Part 3: Total personal and household items, line 15**                $5,600.00

**58. Part 4: Total financial assets, line 36**                           $0.00

Official Form 106A/B                    Schedule A/B: Property                    page 15

Debtor 1    **Michelle**        **Anne**        **Baron**                    Case number *(if known)*  __18-32159-tmb7__
            First Name        Middle Name     Last Name

| | | |
|---|---|---|
| 59. | **Part 5: Total business-related property, line 45** | $0.00 |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 |
| 62. | **Total personal property.** Add lines 56 through 61.............. | $5,600.00 |

Copy personal property total → + $5,600.00

63. **Total of all property on Schedule A/B.** Add line 55 + line 62.................................................................  $3,995,600.00

Debtor 1   **Michelle**        **Anne**          **Baron**              Case number *(if known)*  **18-32159-tmb7**
           First Name          Middle Name       Last Name

# SCHEDULE A/B: PROPERTY
## Continuation Page

| 7. | Electronics | |
|----|-------------|---|
|    | **iPad**     | **$100.00** |
|    | **Computer** | **$400.00** |

Official Form 106A/B                    **Schedule A/B: Property**

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Michelle** | **Anne** | **Baron** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of Oregon** | |
| Case number | **18-32159-tmb7** | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                                    04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1:  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   - ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   - ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)
   - ☑ No
   - ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      - ☐ No
      - ☐ Yes

Fill in this information to identify your case:

| Debtor 1 | **Michelle** | **Anne** | **Baron** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Oregon**

Case number      **18-32159-tmb7**
(if known)

☐ Check if this is an
amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1** **Berkey**
_____
Creditor's Name

**C/O Eric M Bosse Atty - Cobb & Bosse LLP**
_____

**PO Box 1210**
_____
Number        Street

**Newberg, OR 97132**
_____
City                    State      ZIP Code

| Column A | Column B | Column C |
|---|---|---|
| $31,500.00 | $387,500.00 | $0.00 |

**Describe the property that secures the claim:**

4 beds 3.5 baths 4,580 Square Feet on 40 acres - no water rights
9999 NE Worden Hill Road Dundee, OR 97115

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Date debt was incurred** _____

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number** ___ ___ ___ ___

**Remarks:** Lien is on both Parcel 1 - Barn and Parcel 2 - House

**Add the dollar value of your entries in Column A on this page. Write that number here:**    | $31,500.00 |

| Debtor 1 | **Michelle** | **Anne** | **Baron** | Case number *(if known)* 18-32159-tmb7 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of**<br>**collateral that**<br>**supports this**<br>**claim** | Column C<br>**Unsecured**<br>**portion**<br>If any |
|---|---|---|---|---|
| | **After listing any entries on this page, number them beginning**<br>**with 2.3, followed by 2.4, and so forth.** | | | |

---

**2.2** Charter/Saxon Mortgage
Creditor's Name

Number     Street

City           State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a**
   **community debt**

**Date debt was incurred**

**Describe the property that secures the claim:**    $1,447,000.00    $387,500.00    $1,264,500.00

> 4 beds 3.5 baths 4,580 Square Feet on 40 acres -
> no water rights
> 9999 NE Worden Hill Road Dundee, OR 97115

**As of the date you file, the claim is:** Check all that apply.
☐ Contigent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or
   secured car loan)
☐ Statutory lien (such as tax lien, mechanic's
   lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

| **Remarks:** Charter/Saxon lien on is on Parcel 2 - House |
|---|

---

**2.3** CIT Heloc
Creditor's Name

Number     Street

City           State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a**
   **community debt**

**Date debt was incurred**
09/2015

**Describe the property that secures the claim:**    $260,000.00    $387,500.00    $0.00

> 4 beds 3.5 baths 4,580 Square Feet on 40 acres -
> no water rights
> 9999 NE Worden Hill Road Dundee, OR 97115

**As of the date you file, the claim is:** Check all that apply.
☐ Contigent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or
   secured car loan)
☐ Statutory lien (such as tax lien, mechanic's
   lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $1,707,000.00 |
|---|---|

| Debtor 1 | **Michelle** | **Anne** | **Baron** | | Case number *(if known)* 18-32159-tmb7 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 1: | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

**2.4** Citi Mortgage
Creditor's Name

715 Metropolitan Ave
Number        Street

Oklahoma City, OK 73108-2088
City                State        ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred

**Describe the property that secures the claim:**
4 beds 3 baths 2264 square feet
600 E 10th St Newberg, OR 97132

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

$130,000.00   $185,000.00   $110,000.00

**2.5** Deem, Darrell
Creditor's Name

525 B St
Number        Street

Salt Lake Cty, UT 84103-2547
City                State        ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred
Dec 16, 2013

**Describe the property that secures the claim:**
4 bedroom, 3 bath Single Family Home on 2 acres
18901 Hill Top Rd Lake Oswego, OR 97034
3 bedroom 2 bath, 2,200 square feet. Potential extra lot.
3004 SE 62nd Avenue Portland, OR 97206

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

unknown   $1,380,000.00   $0.00

**Remarks:** Made a short term $250,000 loan and failed to make their required engineering and development contributions nor did he make any property tax payments.

Add the dollar value of your entries in Column A on this page. Write that number here: | $130,000.00 |

| Debtor 1 | **Michelle** | **Anne** | **Baron** | | Case number *(if known)* 18-32159-tmb7 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 1: | **Additional Page** | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

---

| 2.6 | Deutsche Bank National Trust Co. | **Describe the property that secures the claim:** | $475,000.00 | $500,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

222 S Riverside Plz
Number    Street

Chicago, IL 60606-5808
City      State     ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

> 3 bedroom 2 bath, 2,200 square feet. Potential extra lot.
> 3004 SE 62nd Avenue Portland, OR 97206

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

> **Remarks:** 1st Mortgage Property interior has been updated Exterior and Garage in poor condition Potential for an Extra Lot

---

| 2.7 | DiTech Funding | **Describe the property that secures the claim:** | $425,000.00 | $225,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

1100 Virginia Dr
Number    Street

Ft Washington, PA 19034-3276
City      State     ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

> 3 beds 3 baths 2,229 Square Feet
> 13140 SW Heather Court Beaverton, OR 97008

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

> **Remarks:** House in poor condition from bank/prior owner neglect.

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $900,000.00 |
|---|---|

| Debtor 1 | **Michelle** | **Anne** | **Baron** | Case number *(if known)* 18-32159-tmb7 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 1: | **Additional Page** | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion If any |

---

| 2.8 | Falcon Attorney Fees | | | |
|---|---|---|---|---|

Falcon Attorney Fees
Creditor's Name

Po Box 505
Number       Street

Dundee, OR 97115-0505
City                    State        ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred

_____

**Describe the property that secures the claim:**

| 4 beds 3.5 baths 4,580 Square Feet on 40 acres - no water rights 9999 NE Worden Hill Road Dundee, OR 97115 | $28,415.30 | $387,500.00 | $0.00 |
|---|---|---|---|

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: Falcon lien is on both Parcel 1 - Barn and Parcel 2 House.

---

| 2.9 | Greenpoint Mortgage | | | |
|---|---|---|---|---|

Greenpoint Mortgage
Creditor's Name

100 Wood Hollow Drive
Number       Street

Novato, CA 94945
City                    State        ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred

_____

**Describe the property that secures the claim:**

| 4 beds 3.5 baths 4,580 Square Feet on 40 acres - no water rights 9999 NE Worden Hill Road Dundee, OR 97115 | $200,000.00 | $387,500.00 | $200,000.00 |
|---|---|---|---|

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: Lien is only on Parcel 2 - House

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $228,415.30 |
|---|---|

| Debtor 1 | **Michelle** | **Anne** | **Baron** | | Case number *(if known)*   18-32159-tmb7 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 1: | **Additional Page** | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

---

**2.10**   KeyBank National Association

Creditor's Name

Thomas J Lekan Sr Vice Pres

127 Public Square
Number     Street
Cleveland, OH 44114
City     State     ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Date debt was incurred**
Jun 26, 2006

**Describe the property that secures the claim:**     $750,000.00    $1,500,000.00    $350,000.00

4 bedroom, 5.5 bath, 5,526 square ft home
1701 SE Oak Shore Ln Portland, OR 97267

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number   8 _ 3 _ 3 _ 3

Remarks: 2nd Position Line of Credit

---

**2.11**   Kimco Properties

Creditor's Name

22060 Se 442nd Ave
Number     Street
Sandy, OR 97055-8443
City     State     ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Date debt was incurred**

**Describe the property that secures the claim:**     $82,957.00    $500,000.00    $57,957.00

3 bedroom 2 bath, 2,200 square feet. Potential extra lot.
3004 SE 62nd Avenue Portland, OR 97206

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

Remarks: Had the 3rd position lien prior to Crimson, acquired the 2nd position from Wells Fargo during the Crimson proceedings.

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $832,957.00 |
|---|---|

| Debtor 1 | **Michelle** | **Anne** | **Baron** | Case number *(if known)* 18-32159-tmb7 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 1:**

**Additional Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

---

**2.12** Law, David and Janine

Creditor's Name

2296 Deer Creek Way

Number   Street

Springville, UT 84663-3259

City     State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Date debt was incurred**

**Describe the property that secures the claim:**

4 bedroom, 3 bath Single Family Home on 2 acres
18901 Hill Top Rd Lake Oswego, OR 97034
3 bedroom 2 bath, 2,200 square feet. Potential extra lot.
3004 SE 62nd Avenue Portland, OR 97206

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

Column A: unknown   Column B: $1,380,000.00   Column C: $0.00

**Remarks:** They made a $250,000 short term loan and failed to make their required engineering and development contributions nor have they made any property tax payments.

---

**2.13** Madalyn Falcon

Creditor's Name

C/O Brown, Tarlow Bridges & Palmer, P.C.

515 East First Street

Number   Street

Newberg, OR 97132

City     State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Date debt was incurred**
09/2015

**Describe the property that secures the claim:**

4 beds 3.5 baths 4,580 Square Feet on 40 acres - no water rights
9999 NE Worden Hill Road Dundee, OR 97115

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

Column A: $250,000.00   Column B: $387,500.00   Column C: $0.00

**Remarks:** Lien is on Parcel 1 - Barn and Parcel 2 - House

---

Add the dollar value of your entries in Column A on this page. Write that number here:   $250,000.00

| Debtor 1 | **Michelle** | **Anne** | **Baron** | | Case number *(if known)* 18-32159-tmb7 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | **Additional Page** | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

---

| 2.14 | Nationstar Mortgage | **Describe the property that secures the claim:** | $500,000.00 | $175,000.00 | $150,000.00 |
|---|---|---|---|---|---|

Creditor's Name

Po Box 619096
Number        Street

Dallas, TX 75261-9096
City                State        ZIP Code

**Describe the property that secures the claim:**

2 beds 2 baths 1,564 square feet
19200 Sw Kinnaman Rd Beaverton, OR 97078-2451

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contigent
- ☑ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Date debt was incurred**
_____

Last 4 digits of account number ___ ___ ___ ___

> **Remarks:** 1st Mortgage - Property needs new floors, doors, toilets, carpeting, landscaping, complete updating. Entered into an 1111 election agreement during Crimson

---

| 2.15 | Ocwen Loan Servicing | **Describe the property that secures the claim:** | $150,000.00 | $185,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Ronald M. Farris, CEO

1661 Worthington Road Suite 100
Number        Street

West Palm Beach, FL 33409
City                State        ZIP Code

**Describe the property that secures the claim:**

4 beds 3 baths 2264 square feet
600 E 10th St Newberg, OR 97132

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contigent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Date debt was incurred**
_____

Last 4 digits of account number ___ ___ ___ ___

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $650,000.00 |
|---|---|

| Debtor 1 | **Michelle** | **Anne** | **Baron** | Case number *(if known)* 18-32159-tmb7 |
|----------|--------------|----------|-----------|------------------|
| | First Name | Middle Name | Last Name | |

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---------|---|---|---|---|

---

**2.16** Onewest Bank

Creditor's Name

6900 Beatrice Drive

Number        Street

Kalamazoo, MI 49003

City                State        ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Date debt was incurred** _____

**Describe the property that secures the claim:**

> 3 beds 2 baths 1392 square feet
> 530 Upper Lavista Ct NW Salem, OR 97304

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number** 5 _ 9 _ 4 _ 7

| $201,732.00 | $137,500.00 | $0.00 |

---

**2.17** Oregon Affordable Housing

Creditor's Name

725 Summer St Ne Ste B

Number        Street

Salem, OR 97301-1266

City                State        ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Date debt was incurred** _____

**Describe the property that secures the claim:**

> 3 beds 3 baths 2,229 Square Feet
> 13140 SW Heather Court Beaverton, OR 97008

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number** ___ ___ ___ ___

| $20,000.00 | $225,000.00 | $0.00 |

> **Remarks:** House in poor condition from bank/prior owner neglect.

---

| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $221,732.00 |
|---|---|

Filed 07/05/18

| Debtor 1 | **Michelle** | **Anne** | **Baron** | Case number *(if known)* 18-32159-tmb7 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**Part 1:**  **Additional Page**
After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

---

**2.18** Rylands, Michelle
Creditor's Name

402 51st St Se
Number       Street

Auburn, WA 98092-9510
City              State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number __ __ __ __

**Remarks:** Judgment Creditor Former Spouse

Column A: $35,000.00  Column B: $0.00  Column C: $35,000.00

---

**2.19** Specialized Loan Servicing
Creditor's Name

8742 Lucent Blvd, Suite 300
Number       Street

Littleton, CO 80129
City              State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Describe the property that secures the claim:**
4 bedroom, 5.5 bath, 5,526 square ft home
1701 SE Oak Shore Ln Portland, OR 97267

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number __ __ __ __

Column A: $1,100,000.00  Column B: $1,500,000.00  Column C: $0.00

---

Add the dollar value of your entries in Column A on this page. Write that number here: **$1,135,000.00**

| Debtor 1 | **Michelle** | **Anne** | **Baron** | | Case number *(if known)* 18-32159-tmb7 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Part 1: | **Additional Page** | Column A | Column B | Column C |
|---|---|---|---|---|
| | **After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion If any |

---

**2.20** Springleaf Financial Services Bankruptcy
Notice Department PO Box 3251
Evansville, IN 47731-3251
Creditor's Name

Springleaf Financial Services Bankruptcy
Notice Department

PO Box 3251
Number          Street

Evansville,
City                          State          ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**

**Describe the property that secures the claim:**

2 beds 2 baths 1,564 square feet
19200 Sw Kinnaman Rd Beaverton, OR 97078-2451

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

Column A: $5,000.00  Column B: $175,000.00  Column C: $5,000.00

---

**2.21** Talmer Bank
Creditor's Name

Paul Cosgrove, Attorney for Talmer Bank, Successor by Merger to Bank of Las Vegas

6211 Buena Vista Drive
Number          Street

Vancouver, WA 98661
City                          State          ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**
Feb 25, 2005

**Describe the property that secures the claim:**

4 bedroom, 5.5 bath, 5,526 square ft home
1701 SE Oak Shore Ln Portland, OR 97267

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

Column A: $900,000.00  Column B: $1,500,000.00  Column C: $900,000.00

**Remarks:** Judgment entered on May 23rd 2013 in Clackamas County Case Number CV13050818

---

Add the dollar value of your entries in Column A on this page. Write that number here: **$905,000.00**

Debtor 1    **Michelle**     **Anne**     **Baron**         Case number *(if known)* 18-32159-tmb7

First Name       Middle Name      Last Name

| | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of<br>collateral that<br>supports this<br>claim** | Column C<br>**Unsecured<br>portion**<br>If any |
|---|---|---|---|---|

**Part 1:** **Additional Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

---

**2.22** Timmerman's Construction Lien

Creditor's Name

17955 NE Hwy 240

Number   Street

Newberg, OR 97132

City           State     ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**

09/2015

**Describe the property that secures the claim:**

4 beds 3.5 baths 4,580 Square Feet on 40 acres - no water rights
9999 NE Worden Hill Road Dundee, OR 97115

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

**Last 4 digits of account number** ___ ___ ___ ___

            $51,000.00     $387,500.00     $0.00

**Remarks:** Timmermans construction lien is for Parcel 1 - Barn only

---

**2.23** Turning Leaf Management, Inc.

Creditor's Name

1701 SE Oak Shore Lane

1701 SE Oak Shore Lane

Number   Street

Portland, OR 97267

City           State     ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred**

**Describe the property that secures the claim:**

4 bedroom, 5.5 bath, 5,526 square ft home
1701 SE Oak Shore Ln Portland, OR 97267

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

**Last 4 digits of account number** ___ ___ ___ ___

            $220,000.00     $1,500,000.00     $220,000.00

**Remarks:** TLM, Inc. owned by Debtor's Husband, improvements made were his separate business related activities

---

Add the dollar value of your entries in Column A on this page. Write that number here:     $271,000.00

7/5/2018

Form

Debtor 1   **Michelle**       **Anne**        **Baron**                    Case number *(if known)*  18-32159-tmb7
           First Name         Middle Name     Last Name

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Amount of claim Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion If any |

---

| 2.24 | Turning Leaf Management, Inc. | | unknown | $880,000.00 | $0.00 |

Creditor's Name

1701 SE Oak Shore Lane

1701 SE Oak Shore Lane
Number     Street

Portland, OR 97267
City              State     ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Date debt was incurred**

**Describe the property that secures the claim:**

4 bedroom, 3 bath Single Family Home on 2 acres
18901 Hill Top Rd Lake Oswego, OR 97034

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

**Remarks:** Debtor's husband made the payments towards the engineering and development of the extra lots of 18901 Hilltop Road. These costs were his separate business expense that were made when the Utah lenders failed to make good on their contractual obligations. This is a major part of the ongoing litigation.

---

| 2.25 | US Bank | | $111,590.00 | $137,500.00 | $38,322.00 |

Creditor's Name

PO Box 5227
Number     Street

Cincinnati, OH 45201
City              State     ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim relates to a community debt

**Date debt was incurred**

**Describe the property that secures the claim:**

3 beds 2 baths 1392 square feet
530 Upper Lavista Ct NW Salem, OR 97304

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

**Last 4 digits of account number** 1 9 8 0

Add the dollar value of your entries in Column A on this page. Write that number here:     $111,590.00

Official Form 106D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 13 of 15

Case 18-32159-tmb7    Doc 10    Filed 07/05/18

https://jubileebk.net/                                                          13/15

| Debtor 1 | **Michelle** | **Anne** | **Baron** | Case number *(if known)* 18-32159-tmb7 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Part 1: | **Additional Page** | Column A | Column B | Column C |
|---|---|---|---|---|
| | **After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

| 2.26 | Wells Fargo | **Describe the property that secures the claim:** | $130,000.00 | $185,000.00 | $130,000.00 |
|---|---|---|---|---|---|

Creditor's Name

C/o Corporation Service Company RA

285 Liberty Street NE
Number          Street

Salem, OR 97301
City                          State          ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**

> 4 beds 3 baths 2264 square feet
> 600 E 10th St Newberg, OR 97132

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contigent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [x] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

| Add the dollar value of your entries in Column A on this page. Write that number here: | $130,000.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $7,504,194.30 |

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 14 of 15

Form

| Michelle | Anne | Baron |
|---|---|---|
| First Name | Middle Name | Last Name |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| 1 | Timmerman & Associates | On which line in Part 1 did you enter the creditor? __22__ |
|---|---|---|
| | Name | |
| | 888 SW Fifth Ave Ste 1250 | Last 4 digits of account number ___ ___ ___ ___ |
| | Number       Street | |
| | C/O Bateman Shield | |
| | Portland, OR 97204 | |
| | City          State       ZIP Code | |

| 2 | Timmerman & Associates Construction, LLC | On which line in Part 1 did you enter the creditor? __22__ |
|---|---|---|
| | Name | |
| | 888 SW Fifth Ave Ste 1250 | Last 4 digits of account number ___ ___ ___ ___ |
| | Number       Street | |
| | C/O Travis Hall - Bateman Seidel | |
| | Portland, OR 97204 | |
| | City          State       ZIP Code | |

| Debtor 1 | Michelle | Anne | Baron |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Oregon**

Case number (if known) **18-32159-tmb7**

☐ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|

| 2.1 | | | $15,000.00 | $10,000.00 | $5,000.00 |
|---|---|---|---|---|---|

**2.1**

**City of Portland**
Priority Creditor's Name

**Bureau of Revenue and Financial Services**

**111 Sw Columbia St Ste 600**
Number          Street

**Portland, OR 97201-5840**
City                              State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
  ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Tax debt accumulated from 2014 - 2017

Last 4 digits of account number  **2821**

**When was the debt incurred?**    **2014 -2017**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Debtor 1    **Michelle**        **Anne**         **Baron**
            First Name        Middle Name      Last Name

Case number *(if known)* 18-32159-tmb7

| | | Total claim | Priority amount | Nonpriority amount |

## Part 1: Your PRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

|  | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.2** **Dept of the Treasury**
Priority Creditor's Name

**Internal Revenue Service**

Number    Street
**Ogden, UT 84201**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Tax debt accumulated from 2012, 2014 - 2017

Last 4 digits of account number **0409**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Total claim **$375,045.00**  Priority amount **$217,170.00**  Nonpriority amount **$157,875.00**

**2.3** **Oregon Dept of Revenue**
Priority Creditor's Name

**955 Center Street**
Number    Street
**Salem, OR 97301**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Remarks:** Tax debt accumulated from 2012, 2014 - 2017

Last 4 digits of account number **0409**

**When was the debt incurred?** **2013,2015-2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Total claim **$112,712.29**  Priority amount **$65,151.00**  Nonpriority amount **$47,561.29**

Official Form 106E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page 2 of 8

Case 18-32159-tmb7    Doc 10    Filed 07/05/18

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ☑ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  |  | Total claim |
|---|---|---|---|

**4.1**    **Audi Financial Services**

Nonpriority Creditor's Name

**VW Credit, Inc Bankruptcy notices**

**PO Box 3**

Number    Street

**Hillsboro, OR 97124**

City           State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☑ Yes

Last 4 digits of account number  <u>8211</u>

**When was the debt incurred?**   <u>      </u>

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify

    **Automobile**

**Total claim:** unknown

---

**4.2**    **BarclayCard**

Nonpriority Creditor's Name

**Bankruptcy Notices - Card Services**

**Po Box 8801**

Number    Street

**Wilmington, DE 19899-8801**

City           State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number  <u>0409</u>

**When was the debt incurred?**   <u>      </u>

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify

    **Credit Card**

**Total claim:** $3,963.53

Case 18-32159-tmb7    Doc 10    Filed 07/05/18

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

|  |  | Total claim |
|--|--|-------------|

**4.3** ___Comcast Corporation___    Last 4 digits of account number _6972_    unknown
Nonpriority Creditor's Name

___Bankruptcy Notices___    **When was the debt incurred?** _11/10/2017_

___1701 John F Kennedy Blvd___    **As of the date you file, the claim is:** Check all that apply.
Number       Street

___Philadelphia, PA 19103-2838___    ☐ Contingent
City              State     ZIP Code    ☐ Unliquidated

**Who incurred the debt?** Check one.    ☐ Disputed

☑ Debtor 1 only    **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only    ☐ Student loans
☐ Debtor 1 and Debtor 2 only    ☐ Obligations arising out of a separation agreement or
☐ At least one of the debtors and another      divorce that you did not report as priority claims
☐ **Check if this claim is for a community debt**    ☐ Debts to pension or profit-sharing plans, and other
        similar debts
**Is the claim subject to offset?**    ☑ Other. Specify
☑ No       **Utilities**
☐ Yes

Remarks: Summerlin connected model home

**4.4** ___Lifeshield National Insurance Co___    Last 4 digits of account number _7931_    $217.81
Nonpriority Creditor's Name

___InsuranceTPA.com___    **When was the debt incurred?** _01/11/2018_

___PO Box 998___    **As of the date you file, the claim is:** Check all that apply.
Number       Street

___Janesville, WI 53547___    ☐ Contingent
City              State     ZIP Code    ☑ Unliquidated

**Who incurred the debt?** Check one.    ☐ Disputed

☑ Debtor 1 only    **Type of NONPRIORITY unsecured claim:**
☐ Debtor 2 only    ☐ Student loans
☐ Debtor 1 and Debtor 2 only    ☐ Obligations arising out of a separation agreement or
☐ At least one of the debtors and another      divorce that you did not report as priority claims
☐ **Check if this claim is for a community debt**    ☐ Debts to pension or profit-sharing plans, and other
        similar debts
**Is the claim subject to offset?**    ☑ Other. Specify
☑ No       **Medical**
☐ Yes

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---------|-------------------------------------------------------|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.5**   **PayPal Credit**
Nonpriority Creditor's Name

**Bankruptcy notice**

**PO Box 5138**
Number    Street

**Lutherville Timonium, MD 21094**
City     State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number <u>nown</u>

When was the debt incurred?   <u>2015</u>

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**Total claim:** $1,893.76

---

**4.6**   **Providence Health & Services**
Nonpriority Creditor's Name

**Business Office**

**Po Box 3299**
Number    Street

**Portland, OR 97208-3299**
City     State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number <u>8765</u>

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Medical**

**Total claim:** $380.62

---

**4.7**   **West Linn Refuse & Recycling, Inc.**
Nonpriority Creditor's Name

**Po Box 1285**
Number    Street

**Canby, OR 97013-1285**
City     State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number <u>0828</u>

When was the debt incurred?   <u>11/25/2017</u>

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Utilities**

**Total claim:** $71.72

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Dept of the Treasury**
Name

**Internal Revenue Service**

Number     Street
**Ogden, UT 84201**
City                          State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **2.2** of *(Check one)*: ☑ Part 1: Creditors with Priority Unsecured Claims
                                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **0409**

---

**Oregon Dept of Revenue**
Name
**955 Center Street**
Number     Street
**Salem, OR 97301**
City                          State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **2.3** of *(Check one)*: ☑ Part 1: Creditors with Priority Unsecured Claims
                                                  ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **0409**

---

**Comcast Corporation**
Name

**Bankruptcy Notices**
**1701 John F Kennedy Blvd**
Number     Street
**Philadelphia, PA 19103-2838**
City                          State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.3** of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
                                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **6972**

---

**West Linn Refuse & Recycling, Inc.**
Name
**Po Box 1285**
Number     Street
**Canby, OR 97013-1285**
City                          State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.7** of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
                                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **0828**

---

**Providence Health & Services**
Name

**Business Office**
**Po Box 3299**
Number     Street
**Portland, OR 97208-3299**
City                          State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.6** of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
                                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **8765**

---

**Lifeshield National Insurance Co**
Name

**InsuranceTPA.com**
**PO Box 998**
Number     Street
**Janesville, WI 53547**
City                          State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.4** of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
                                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **7931**

---

**BarclayCard**
Name

**Bankruptcy Notices - Card Services**
**Po Box 8801**
Number     Street
**Wilmington, DE 19899-8801**
City                          State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.2** of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
                                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **3845**

**Part 3:** **List Others to Be Notified About a Debt That You Already Listed Additional Page**

| | |
|---|---|
| __PayPal Credit__ <br> Name <br><br> __Bankruptcy notice__ <br> __PO Box 5138__ <br> Number      Street <br> __Lutherville Timonium, MD 21094__ <br> City               State    ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?** <br><br> Line __4.5__ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims <br>                              ☑ Part 2: Creditors with Nonpriority Unsecured Claims <br><br> **Last 4 digits of account number** __knwn__ |

Case 18-32159-tmb7     Doc 10     Filed 07/05/18

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $0.00 |
|  | 6b. **Taxes and certain other debts you owe the government** | 6b. | $502,757.29 |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
|  | 6e. **Total.** Add lines 6a through 6d. | 6e. | $502,757.29 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $0.00 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $6,527.44 |
|  | 6j. **Total.** Add lines 6f through 6i. | 6j. | $6,527.44 |

Case 18-32159-tmb7    Doc 10    Filed 07/05/18

| Debtor 1 | **Michelle** | **Anne** | **Baron** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Oregon**

Case number **18-32159-tmb7**
(if known)

☐ Check if this is an amended filing

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for** (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number    Street | |
| City                          State      ZIP Code | |
| **2.2** | |
| Name | |
| Number    Street | |
| City                          State      ZIP Code | |
| **2.3** | |
| Name | |
| Number    Street | |
| City                          State      ZIP Code | |
| **2.4** | |
| Name | |
| Number    Street | |
| City                          State      ZIP Code | |
| **2.5** | |
| Name | |
| Number    Street | |
| City                          State      ZIP Code | |

Case 18-32159-tmb7      Doc 10      Filed 07/05/18

Fill in this information to identify your case:

| Debtor 1 | **Michelle** | **Anne** | **Baron** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Oregon**

Case number: **18-32159-tmb7**
(if known)

☐ Check if this is an
amended filing

# Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☐ Yes. In which community state or territory did you live? _____ Fill in the name and current address of that person.

   Name _____

   Number     Street _____

   City _____ State _____ ZIP Code _____

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.** Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** Baron, Tracey<br>Name<br>1701 Se Oak Shore Ln<br>Number     Street<br>Milwaukie, OR 97267-3628<br>City               State     ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line 2.1, 2.2, 2.3<br>☐ Schedule G, line _____ |

Official Form 106H                Schedule H: Your Codebtors                page 1 of 1

| Debtor 1 | **Michelle** | **Anne** | **Baron** |
|----------|--------------|----------|-----------|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|----------|--|--|--|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Oregon**

Case number (if known) **18-32159-tmb7**

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

# Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|--|--|----------|-------------------------------|
| Employment status | | ☑ Employed<br>☐ Not Employed | ☐ Employed<br>☐ Not Employed |
| Occupation | | Care Provider | |
| Employer's name | | Triumphant King Lutheran Church | |
| Employer's address | | 4700 Lamont Way<br>Number Street | _____<br>Number Street |
| | | _____ | _____ |
| | | _____ | _____ |
| | | Lake Oswego, OR 97035-5426<br>City          State     Zip Code | City          State     Zip Code |
| How long employed there? | | 1 year | |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|--|--|--------------|-----------------------------------|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | 2. $523.06 | $0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $0.00 | + $0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $523.06 | $0.00 |

Case 18-32159-tmb7    Doc 10    Filed 07/05/18

| Debtor 1 | Michelle | Anne | Baron | | Case number *(if known)* 18-32159-tmb7 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here.........................................→ 4. | $523.06 | $0.00 |
| 5. | List all payroll deductions: | | |
| | 5a. Tax, Medicare, and Social Security deductions 5a. | $40.58 | $0.00 |
| | 5b. Mandatory contributions for retirement plans 5b. | $0.00 | $0.00 |
| | 5c. Voluntary contributions for retirement plans 5c. | $0.00 | $0.00 |
| | 5d. Required repayments of retirement fund loans 5d. | $0.00 | $0.00 |
| | 5e. Insurance 5e. | $0.00 | $0.00 |
| | 5f. Domestic support obligations 5f. | $0.00 | $0.00 |
| | 5g. Union dues 5g. | $0.00 | $0.00 |
| | 5h. Other deductions. Specify: _____ 5h. + | $0.00 + | $0.00 |
| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. 6. | $40.58 | $0.00 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. 7. | $482.48 | $0.00 |
| 8. | List all other income regularly received: | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. 8a. | $0.00 | $0.00 |
| | 8b. Interest and dividends 8b. | $0.00 | $0.00 |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. 8c. | $0.00 | $0.00 |
| | 8d. Unemployment compensation 8d. | $0.00 | $0.00 |
| | 8e. Social Security 8e. | $0.00 | $0.00 |
| | 8f. Other government assistance that you regularly receive | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | |
| | Specify: _____ 8f. | $0.00 | $0.00 |
| | 8g. Pension or retirement income 8g. | $0.00 | $0.00 |
| | 8h. Other monthly income. Specify: LLC Draws / Advances 8h. + | $0.00 + | $0.00 |
| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. 9. | $0.00 | $0.00 |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse 10. | $482.48 + | $0.00 = $482.48 |

11. State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: LLC Member advances     11. +   $4,625.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies   12. $5,107.48

**Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?

☑ No.
☐ Yes. Explain:

**Debtor 1** Michelle Anne Baron
First Name Middle Name Last Name

**Debtor 2**
(Spouse, if filing) First Name Middle Name Last Name

United States Bankruptcy Court for the: District of Oregon

Case number 18-32159-tmb7
(if known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

## Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**
   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**        ☐ No
   Do not list Debtor 1 and          ☑ Yes. Fill out this information for
   Debtor 2.                              each dependent..............
   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Child | 11 years | ☐ No. ☑ Yes. |
| Child | 8 years | ☐ No. ☑ Yes. |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses**     ☐ No
   **of people other than yourself and**    ☑ Yes
   **your dependents?**

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.     4. _____

If not included in line 4:
4a. Real estate taxes                                    4a. _____ $0.00
4b. Property, homeowner's, or renter's insurance         4b. _____ $0.00
4c. Home maintenance, repair, and upkeep expenses        4c. _____ $0.00
4d. Homeowner's association or condominium dues          4d. _____ $0.00

Case 18-32159-tmb7    Doc 10    Filed 07/05/18

| | | | Your expenses |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $400.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $0.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $0.00 |
| | 6d. Other. Specify: _____ Other Household _____ | 6d. | $0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $685.00 |
| 8. | **Childcare and children's education costs** | 8. | $400.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $0.00 |
| 10. | **Personal care products and services** | 10. | $850.00 |
| 11. | **Medical and dental expenses** | 11. | $225.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $782.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $828.63 |
| 14. | **Charitable contributions and religious donations** | 14. | $0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $0.00 |
| | 15b. Health insurance | 15b. | $225.00 |
| | 15c. Vehicle insurance | 15c. | $150.00 |
| | 15d. Other insurance. Specify: _____ | 15d. | $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $558.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | |
| | 17c. Other. Specify: _____ | 17c. | |
| | 17d. Other. Specify: _____ | 17d. | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. | $0.00 |
| | 20b. Real estate taxes | 20b. | $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $0.00 |

Case 18-32159-tmb7    Doc 10    Filed 07/05/18

21. **Other.** Specify: _____ Student Loan _____     21.   **+**     $0.00

22. **Calculate your monthly expenses.**

     22a. Add lines 4 through 21.          22a.     $5,103.63

     22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2          22b.     $0.00

     22c. Add line 22a and 22b. The result is your monthly expenses.          22c.     $5,103.63

23. **Calculate your monthly net income.**

     23a. Copy line 12 (your combined monthly income) from *Schedule I.*          23a.     $5,107.48

     23b. Copy your monthly expenses from line 22c above.          23b.    **–**    $5,103.63

     23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income.*          23c.     $3.85

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ☑ No.      None

     ☐ Yes.

Case 18-32159-tmb7     Doc 10     Filed 07/05/18

| Debtor 1 | **Michelle** | **Anne** | **Baron** | | Case number *(if known)* 18-32159-tmb7 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Itemized Expenses**

**Household:**

| Debtor 1 | **Michelle** | **Anne** | **Baron** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of Oregon** | |
| Case number (if known) | **18-32159-tmb7** | | |

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form** whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaraion and that they are true and correct.

X _Michelle Baron_ (signature)       X _____

Michelle Anne Baron, Debtor 1, Debtor 1

Date 07/05/2018       Date _____
MM/ DD/ YYYY                MM/ DD/ YYYY