Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Michelle** | **Anne** | **Baron** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **District of Oregon** | |
| Case number (if known) | **18-32159-tmb7** | | |

☑ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

## Part 1: Summarize Your Assets

|  | **Your assets** Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*.................................................... | $7,200,892.50 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*........................................... | $13,050.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*................................................... | $7,213,942.50 |

## Part 2: Summarize Your Liabilities

|  | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $15,160,799.48 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*...................................... | $502,757.29 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + $7,267.97 |
| **Your total liabilities** | $15,670,824.74 |

## Part 3: Summarize Your Income and Expenses

|  |  |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*.......................................................... | $5,107.48 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*.......................................................... | $5,103.63 |

Case 18-32159-tmb7    Doc 14    Filed 07/12/18

## Part 4:  Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

   _____

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

   |  | Total claim |
   | --- | --- |
   | **From Part 4 on Schedule E/F, copy the following:** | |
   | 9a. Domestic support obligations (Copy line 6a.) | _____ |
   | 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
   | 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
   | 9d. Student loans. (Copy line 6f.) | _____ |
   | 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
   | 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
   | 9g. **Total.** Add lines 9a through 9f. | _____ |

Case 18-32159-tmb7    Doc 14    Filed 07/12/18

Fill in this information to identify your case and this filing:

Debtor 1    **Michelle**          **Anne**              **Baron**
            First Name            Middle Name           Last Name

Debtor 2
(Spouse, if filing)   First Name     Middle Name        Last Name

United States Bankruptcy Court for the:        **District of Oregon**

Case number        **18-32159-tmb7**

☑ Check if this is an
amended filing

## Official Form 106A/B

# Schedule A/B: Property                                          12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  Do you own or have any legal or equitable interest in any residence, building, land, or similar property?
    ☐ No. Go to Part 2.
    ☑ Yes. Where is the property?

1.5   **3 beds 3 baths 2,229 Square Feet**
      Street address, if available, or other
      description

      **13140 SW Heather Court**

      **Beaverton, OR 97008**
      City          State    ZIP Code

      **Washington**
      County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☑ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:
  **House in poor condition from bank/prior owner neglect.**

**Source of Value:**
**Zillow**

Do not deduct secured claims or exemptions. Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property*.

Current value of the          Current value of the
entire property?              portion you own?
        **$450,000.00**                **$225,000.00**

Describe the nature of your ownership interest (such
as fee simple, tenancy by the entireties, or a life
estate), if known.

**Equitable Interest**

☐ Check if this is community property
  (see instructions)

Case 18-32159-tmb7    Doc 14    Filed 07/12/18

---

**1.6**    4 beds 3.5 baths 4,580 Square Feet on 40 acres - no water rights

Street address, if available, or other description

9999 NE Worden Hill Road

Dundee, OR 97115

City      State      ZIP Code

County

**What is the property?** Check all that apply.

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Property in Poor Condition due to deferred maintenance neglect

Source of Value:

Zillow

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?

$775,000.00          $387,500.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Equitable Interest

☐ Check if this is community property (see instructions)

---

**1.7**    3 beds 2 baths 1392 square feet

Street address, if available, or other description

530 Upper Lavista Ct Nw

Salem, OR 97304-4704

City      State      ZIP Code

Marion

County

**What is the property?** Check all that apply.

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?

$275,000.00          $137,500.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Equitable Interest

☐ Check if this is community property (see instructions)

---

**1.8**    4 beds 3 baths 2264 square feet

Street address, if available, or other description

600 E 10th St

Newberg, OR 97132

City      State      ZIP Code

County

**What is the property?** Check all that apply.

- ☐ Single-family home
- ☑ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Source of Value:

Zillow

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?

$370,000.00          $185,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Equitable Interest

☐ Check if this is community property (see instructions)

---

Case 18-32159-tmb7     Doc 14     Filed 07/12/18

**1.9** 3 bedroom, 2 bath single family home.
Street address, if available, or other description

1910 SW 71st

Portland, OR 97225
City                State        ZIP Code

Washington
County

**What is the property?** Check all that apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**
Property is in extremele

**Source of Value:**
Zillow

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   $400,000.00

Current value of the portion you own?   $400,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Equitable Interest

☐ Check if this is community property
(see instructions)

---

**1.10** 5 beds 4 baths 5,405 Square Foot Single Family Home
Street address, if available, or other description

3606 SE Durango Place

Gresham, OR 97080
City                State        ZIP Code

County

**What is the property?** Check all that apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Source of Value:**
Zillow

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   $1,022,000.00

Current value of the portion you own?   $1,022,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Equitable Interest

☐ Check if this is community property
(see instructions)

---

**1.11** 4 beds 2 baths 1,583 sqft
Street address, if available, or other description

5137 nw 172ND Place

Portland, OR 97229
City                State        ZIP Code

County

**What is the property?** Check all that apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Source of Value:**
Zillow

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   $430,000.00

Current value of the portion you own?   $215,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Equitable Interest

☐ Check if this is community property
(see instructions)

---

Case 18-32159-tmb7    Doc 14    Filed 07/12/18

---

**1.12**  <u>13602 Se 154th Dr</u>
Street address, if available, or other description

<u>Clackamas, OR 97015-7667</u>
City          State    ZIP Code

<u>Clackamas</u>
County

**What is the property?** Check all that apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:
Zestimate®: $351,957

**Source of Value:**
Zillow

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?
<u>$351,957.00</u>           <u>$175,978.50</u>

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

<u>Equitable Interest</u>

☐ Check if this is community property (see instructions)

---

**1.13**  <u>3 beds 2 baths 1,972 sqft</u>
Street address, if available, or other description

<u>21565 Se Firwood Rd</u>

<u>Sandy, OR 97055-7625</u>
City          State    ZIP Code

<u>Clackamas</u>
County

**What is the property?** Check all that apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Source of Value:**
Zillow

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?
<u>$507,000.00</u>           <u>$253,500.00</u>

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

<u>Equitable Interest</u>

☐ Check if this is community property (see instructions)

---

**1.14**  <u>3 beds 2 baths 1,210 sqft</u>
Street address, if available, or other description

<u>21960 Columbia Circle</u>

<u>Tualatin, OR 97062</u>
City          State    ZIP Code

County

**What is the property?** Check all that apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Source of Value:**
Zillow

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?
<u>$365,000.00</u>           <u>$182,500.00</u>

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

<u>Equitable Interest</u>

☐ Check if this is community property (see instructions)

---

Case 18-32159-tmb7    Doc 14    Filed 07/12/18

1.15  **3 beds 2 baths 3,685 sqft**

Street address, if available, or other description

**30620 SW Rose Lane**

**Wilsonville, OR 97070**
City                        State    ZIP Code

County

**What is the property?** Check that apply.

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
$1,100,000.00                            $550,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Equitable Interest**

☐ Check if this is community property (see instructions)

---

1.16  **515 NW 112th Ave**

Street address, if available, or other description

**Portland, OR 97229-6116**
City                        State    ZIP Code

**Washington**
County

**What is the property?** Check that apply.

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**
Zestimate®: $905,308

**Source of Value:**
Zillow

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
$905,308.00                              $452,654.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Equitable Interest**

☐ Check if this is community property (see instructions)

---

1.17  **35376 Helens Way**

Street address, if available, or other description

**Saint Helens, OR 97051-1267**
City                        State    ZIP Code

**Columbia**
County

**What is the property?** Check that apply.

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**
Zestimate®: $302,611

**Source of Value:**
Zillow

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
$302,611.00                              $151,305.50

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Equitable Interest**

☐ Check if this is community property (see instructions)

Case 18-32159-tmb7    Doc 14    Filed 07/12/18

**1.18**　3 beds 2 baths 1,848 sqft
Manufactured Home
Street address, if available, or other
description

32934 Smith Road

St. Helens, OR 97051
City　　　　　　　State　　ZIP Code

County

**What is the property?** Check all that apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Source of Value:**
Zillow

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $240,000.00　**Current value of the portion you own?** $120,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Equitable Interest

☐ Check if this is community property
(see instructions)

---

**1.19**　4 beds 2.5 baths 2,055 sqft Single
Family Home
Street address, if available, or other
description

12054 Chapin Ct

Oregon City, OR 97045
City　　　　　　　State　　ZIP Code

County

**What is the property?** Check all that apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**
Extensive Deferred Maintenance Needed

**Source of Value:**
Zillow

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $428,000.00　**Current value of the portion you own?** $214,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Equitable Interest

☐ Check if this is community property
(see instructions)

---

**1.20**　35727 SE Douglass Rd
Street address, if available, or other
description

Eagle Creek, OR 97022-9604
City　　　　　　　State　　ZIP Code

Clackamas
County

**What is the property?** Check all that apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**
Zestimate: $545,519 5 Beds·2.5 Baths·2,376 Sq Ft

**Source of Value:**
Zillow

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $545,519.00　**Current value of the portion you own?** $272,759.50

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Equitable Interest

☐ Check if this is community property
(see instructions)

Case 18-32159-tmb7　　Doc 14　　Filed 07/12/18

**1.1**    4 bedroom, 5.5 bath, 5,526 square ft
           home
           Street address, if available, or other
           description

           1701 SE Oak Shore Ln

           Portland, OR 97267
           City                  State    ZIP Code

           Clackamas
           County

**What is the property?** Check all that apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Source of Value:**
Zillow

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
$1,500,000.00                            $750,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Individually Owned Equitable Interest attempting to convert into a Legal Ownership Interest.

- ☐ Check if this is community property
  (see instructions)

---

**1.2**    4 bedroom, 3 bath Single Family Home
           on 2 acres
           Street address, if available, or other
           description

           18901 Hill Top Rd

           Lake Oswego, OR 97034
           City                  State    ZIP Code

           County

**What is the property?** Check all that apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**
In litigation with Utah Lender, they took over control of the home and forcefully removed the short term tenant without permission from me or the courts.

**Source of Value:**
Zillow

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
$880,000.00                              $440,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Individually Owned - Former Homestead

- ☐ Check if this is community property
  (see instructions)

---

**1.3**    3 bedroom 2 bath, 2,200 square feet.
           Potential extra lot.
           Street address, if available, or other
           description

           3004 SE 62nd Avenue

           Portland, OR 97206
           City                  State    ZIP Code

           Multnomah
           County

**What is the property?** Check all that apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**
Part of Crimson Investment Group, LLC Chapter 11. Crimson is owned by Turning Leaf Homes, LLC.

**Source of Value:**
Zillow

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
$500,000.00                              $250,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Equitable Interest

- ☐ Check if this is community property
  (see instructions)

Case 18-32159-tmb7     Doc 14     Filed 07/12/18

Debtor 1     **Michelle**          **Anne**             **Baron**                          Case number *(if known)*  **18-32159-tmb7**
_____    _____    _____
First Name       Middle Name        Last Name

---

**1.4**  **2 beds 2 baths 1,564 square feet**
Street address, if available, or other
description

**19200 Sw Kinnaman Rd**
_____

**Beaverton, OR 97078-2451**
_____
City                          State      ZIP Code

**Washington**
_____
County

**What is the property?** Check all that apply.

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:
**two beds**
_____

**Source of Value:**
**Zillow**
_____

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule
D: Creditors Who Have Claims Secured by
Property.*

**Current value of the**          **Current value of the**
**entire property?**              **portion you own?**
**$350,000.00**                   **$175,000.00**

**Describe the nature of your ownership interest**
(such as fee simple, tenancy by the entireties, or
a life estate), if known.

**Equitable Interest**
_____

- ☐ Check if this is community property
  (see instructions)

---

**1.21**  **5631 SE Belmont St**
Street address, if available, or other
description

_____

**Portland, OR 97215-1841**
_____
City                          State      ZIP Code

**Multnomah**
_____
County

**What is the property?** Check all that apply.

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:
**Zestimate®: None 2017 assessed: $1,282,390 Note: This property was contributed to the
bankruptcy post petition on 6/26/2018**

**Source of Value:**
**Zillo**
_____

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule
D: Creditors Who Have Claims Secured by
Property.*

**Current value of the**          **Current value of the**
**entire property?**              **portion you own?**
**$1,282,390.00**                 **$641,195.00**

**Describe the nature of your ownership interest**
(such as fee simple, tenancy by the entireties, or
a life estate), if known.

**equitable interest**
_____

- ☐ Check if this is community property
  (see instructions)

---

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages
    you have attached for Part 1. Write that number here** .................................................................... →  **$7,200,892.50**

---

## Part 2:  Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1 Make: | Audi | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

3.1 Make:        Audi          **Who has an interest in the property?** Check one.

Model:         A4              ☑ Debtor 1 only

Year:          2017            ☐ Debtor 2 only

Approximate mileage:  31213   ☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information:

VIN: WAUANAF49HN001553

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| unknown | unknown |

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.**........................................................................  →  | $0.00 |

## Part 3:  Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:*   Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe.........   | Flat screen TV, Couch, Chairs, Dresser and Nightstands. |      $750.00

7.  **Electronics**
    *Examples:*   Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe.........   | See Attached. |      $500.00

8.  **Collectibles of value**
    *Examples:*   Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe.........

9. **Equipment for sports and hobbies**

   *Examples:*    Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks;
   carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe........    |                                              |    _____

10. **Firearms**

    *Examples:*    Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe........    |                                              |    _____

11. **Clothes**

    *Examples:*    Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe........    | Clothing                                     |    $3,500.00

12. **Jewelry**

    *Examples:*    Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes. Describe........    | Personal jewelry, mostly costume.            |    $5,000.00

13. **Non-farm animals**

    *Examples:*    Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe........    |                                              |    _____

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☐ No
    ☑ Yes. Describe........    | See Attached.                                |    $3,300.00

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached**
    **for Part 3. Write that number here**...................................................................................................................➔    | $13,050.00 |

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

Do you own or have any legal or equitable interest in any of the following?    **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**

    *Examples:*    Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No
    ☐ Yes.....................................................................................................................    Cash..............    _____

Case 18-32159-tmb7    Doc 14    Filed 07/12/18

**17.**  **Deposits of money**

*Examples:*   Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☑ No
☐ Yes..................

Institution name:

17.1. Checking account:  _____    _____

17.2. Checking account:  _____    _____

17.3. Savings account:  _____    _____

17.4. Savings account:  _____    _____

17.5. Certificates of deposit:  _____    _____

17.6. Other financial account:  _____    _____

17.7. Other financial account:  _____    _____

17.8. Other financial account:  _____    _____

17.9. Other financial account:  _____    _____

**18.**  **Bonds, mutual funds, or publicly traded stocks**

*Examples:*   Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes..................

**19.**  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them...................

**20.**  **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them...................

**21.**  **Retirement or pension accounts**

*Examples:*   Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account separately.

Case 18-32159-tmb7    Doc 14    Filed 07/12/18

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes.....................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.....................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific
information about them....

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:*     Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
information about them....

27. **Licenses, franchises, and other general intangibles**

*Examples:*     Building permits, exclusive licenses, cooperative association holdings, liquor licenses,
                professional licenses

☑ No
☐ Yes. Give specific
information about them....

28. **Tax refunds owed to you**

☑ No
☐ Yes.  Give specific information about
        them, including whether you
        already filed the returns and the
        tax years.....................

Federal: _____
State: _____
Local: _____

29. **Family support**

*Examples:*     Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes.  Give specific information..........

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

30. **Other amounts someone owes you**

    *Examples:*   Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social
                Security benefits; unpaid loans you made to someone else

    ☑ No

    ☐ Yes.  Give specific information..........

31. **Interests in insurance policies**

    *Examples:*   Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No

    ☐ Yes.  Name the insurance company
            of each policy and list its value....

32. **Any interest in property that is due from someone who has died**

    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property
    because someone has died.

    ☑ No

    ☐ Yes.  Give specific information..........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:*   Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No

    ☐ Yes.  Describe each claim................

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights
to set off claims**

    ☑ No

    ☐ Yes.  Describe each claim................

35. **Any financial assets you did not already list**

    ☑ No

    ☐ Yes.  Give specific information..........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
for Part 4. Write that number here**...................................................................................➔ | $0.00 |

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.

    ☐ Yes. Go to line 38.

**38. Accounts receivable or commissions you already earned**

☐ No
☐ Yes. Describe........

_____

**39. Office equipment, furnishings, and supplies**

*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☐ Yes. Describe........

_____

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☐ Yes. Describe........

_____

**41. Inventory**

☐ No
☐ Yes. Describe........

_____

**42. Interests in partnerships or joint ventures**

☐ No
☐ Yes. Describe........

Name of entity:                                      % of ownership:

_____          _____%          _____

_____          _____%          _____

_____          _____%          _____

**43. Customer lists, mailing lists, or other compilations**

☐ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

    ☐ No
    ☐ Yes. Describe........

_____

**44. Any business-related property you did not already list**

☐ No
☐ Yes. Give specific
information.........

_____          _____

_____          _____

_____          _____

_____    _____

_____    _____

_____    _____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached**
    **for Part 5. Write that number here**.................................................................................................➔

| |
|---|

---

**Part 6:   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
           If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ☑ No. Go to Part 7.
    ☐ Yes. Go to line 47.

47. **Farm animals**
    *Examples:*   Livestock, poultry, farm-raised fish
    ☐ No
    ☐ Yes.........................   [_____]   _____

48. **Crops—either growing or harvested**
    ☐ No
    ☐ Yes. Give specific
       information.............   [_____]   _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    ☐ No
    ☐ Yes.........................   [_____]   _____

50. **Farm and fishing supplies, chemicals, and feed**
    ☐ No
    ☐ Yes.........................   [_____]   _____

51. **Any farm- and commercial fishing-related property you did not already list**
    ☐ No
    ☐ Yes. Give specific
       information.............   [_____]   _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached**
    **for Part 6. Write that number here**.................................................................................................➔

| |
|---|

---

**Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**

    *Examples:*   Season tickets, country club membership

    ☐ No
    ☑ Yes. Give specific
       information.............

    | | |
    |---|---|
    | Turning Leaf Homes, LLC | unknown |
    | RenX Group, LLC | unknown |
    | | |

54. **Add the dollar value of all of your entries from Part 7. Write that number here**.................................➜   $0.00

---

**Part 8:    List the Totals of Each Part of this Form**

55.   **Part 1: Total real estate, line 2**....................................................................................................➜   $7,200,892.50

56.   **Part 2: Total vehicles, line 5**                                          $0.00

57.   **Part 3: Total personal and household items, line 15**                   $13,050.00

58.   **Part 4: Total financial assets, line 36**                                $0.00

59.   **Part 5: Total business-related property, line 45**                       $0.00

60.   **Part 6: Total farm- and fishing-related property, line 52**              $0.00

61.   **Part 7: Total other property not listed, line 54**             +         $0.00

62.   **Total personal property.** Add lines 56 through 61..............   $13,050.00     Copy personal property total ➜   +   $13,050.00

63.   **Total of all property on Schedule A/B.** Add line 55 + line 62.......................................................   $7,213,942.50

# SCHEDULE A/B: PROPERTY
## Continuation Page

7. **Electronics**

| | |
|---|---|
| iPad | $100.00 |
| Computer | $400.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**

| | |
|---|---|
| Shoes | $800.00 |
| Purses | $1,000.00 |
| Makeup/Botox | $1,500.00 |

Fill in this information to identify your case:

| Debtor 1 | **Michelle** | **Anne** | **Baron** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Oregon**

Case number **18-32159-tmb7**
(if known)

☑ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2.  **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |

3.  **Are you claiming a homestead exemption of more than $160,375?**

    (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☑ No

    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐ No

        ☐ Yes

1 of 1

Fill in this information to identify your case:

| Debtor 1 | Michelle | Anne | Baron |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Oregon**

Case number (if known)  18-32159-tmb7

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☑ Employed<br>☐ Not Employed | ☐ Employed<br>☐ Not Employed |
| **Occupation** | | Care Provider | |
| **Employer's name** | | Triumphant King Lutheran Church | |
| **Employer's address** | | 4700 Lamont Way | |
| | | Number Street | Number Street |
| | | | |
| | | Lake Oswego, OR 97035-5426 | |
| | | City        State        Zip Code | City        State        Zip Code |
| **How long employed there?** | | 1 year | |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | 2. | $523.06 | $0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | + $0.00 | + $0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $523.06 | $0.00 |

Case 18-32159-tmb7    Doc 14    Filed 07/12/18

|   | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 4. | Copy line 4 here...........................................................➔ | $523.06 | $0.00 |
| 5. | **List all payroll deductions:** | | |
| 5a. | **Tax, Medicare, and Social Security deductions** | $40.58 | $0.00 |
| 5b. | **Mandatory contributions for retirement plans** | $0.00 | $0.00 |
| 5c. | **Voluntary contributions for retirement plans** | $0.00 | $0.00 |
| 5d. | **Required repayments of retirement fund loans** | $0.00 | $0.00 |
| 5e. | **Insurance** | $0.00 | $0.00 |
| 5f. | **Domestic support obligations** | $0.00 | $0.00 |
| 5g. | **Union dues** | $0.00 | $0.00 |
| 5h. | **Other deductions.** Specify: | + $0.00 | + $0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | $40.58 | $0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | $482.48 | $0.00 |
| 8. | **List all other income regularly received:** | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | $0.00 | $0.00 |
| 8b. | **Interest and dividends** | $0.00 | $0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | $0.00 | $0.00 |
| 8d. | **Unemployment compensation** | $0.00 | $0.00 |
| 8e. | **Social Security** | $0.00 | $0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | $0.00 | $0.00 |
| 8g. | **Pension or retirement income** | $0.00 | $0.00 |
| 8h. | **Other monthly income.** Specify: LLC Draws / Advances | + $0.00 | + $0.00 |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | $0.00 | $0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | $482.48  + | $0.00  = $482.48 |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify:  LLC Member advances                                                                          11. + $4,625.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies          12.    $5,107.48

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:

| Debtor 1 | Michelle | Anne | Baron |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | District of Oregon | |
| Case number (if known) | 18-32159-tmb7 | | |

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Child | 11 years | ☐ No. ☑ Yes. |
| Child | 8 years | ☐ No. ☑ Yes. |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☐ No

   ☑ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. _____ |
| | If not included in line 4: | |
| | 4a. Real estate taxes | 4a. _____ $0.00 |
| | 4b. Property, homeowner's, or renter's insurance | 4b. _____ $0.00 |
| | 4c. Home maintenance, repair, and upkeep expenses | 4c. _____ $0.00 |
| | 4d. Homeowner's association or condominium dues | 4d. _____ $0.00 |

Case 18-32159-tmb7    Doc 14    Filed 07/12/18

|     |                                                                                                                      |     | Your expenses |
| --- | -------------------------------------------------------------------------------------------------------------------- | --- | ------------- |
| 5.  | **Additional mortgage payments for your residence,** such as home equity loans                                       | 5.  |               |
| 6.  | **Utilities:**                                                                                                        |     |               |
|     | 6a. Electricity, heat, natural gas                                                                                   | 6a. | $400.00       |
|     | 6b. Water, sewer, garbage collection                                                                                 | 6b. | $0.00         |
|     | 6c. Telephone, cell phone, Internet, satellite, and cable services                                                  | 6c. | $0.00         |
|     | 6d. Other. Specify: _____ Other Household _____                                                    | 6d. | $0.00         |
| 7.  | **Food and housekeeping supplies**                                                                                    | 7.  | $685.00       |
| 8.  | **Childcare and children's education costs**                                                                          | 8.  | $400.00       |
| 9.  | **Clothing, laundry, and dry cleaning**                                                                               | 9.  | $0.00         |
| 10. | **Personal care products and services**                                                                              | 10. | $850.00       |
| 11. | **Medical and dental expenses**                                                                                       | 11. | $225.00       |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.                        | 12. | $782.00       |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books**                                               | 13. | $828.63       |
| 14. | **Charitable contributions and religious donations**                                                                 | 14. | $0.00         |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.                         |     |               |
|     | 15a. Life insurance                                                                                                  | 15a. | $0.00        |
|     | 15b. Health insurance                                                                                                | 15b. | $225.00      |
|     | 15c. Vehicle insurance                                                                                               | 15c. | $150.00      |
|     | 15d. Other insurance. Specify: _____                                                                        | 15d. | $0.00        |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____         | 16. | $0.00         |
| 17. | **Installment or lease payments:**                                                                                   |     |               |
|     | 17a. Car payments for Vehicle 1                                                                                      | 17a. | $558.00      |
|     | 17b. Car payments for Vehicle 2                                                                                      | 17b. |              |
|     | 17c. Other. Specify: _____                                                                                  | 17c. |              |
|     | 17d. Other. Specify: _____                                                                                  | 17d. |              |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | 18. | $0.00         |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____                      | 19. | $0.00         |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*          |     |               |
|     | 20a. Mortgages on other property                                                                                    | 20a. | $0.00        |
|     | 20b. Real estate taxes                                                                                               | 20b. | $0.00        |
|     | 20c. Property, homeowner's, or renter's insurance                                                                   | 20c. | $0.00        |
|     | 20d. Maintenance, repair, and upkeep expenses                                                                       | 20d. | $0.00        |
|     | 20e. Homeowner's association or condominium dues                                                                    | 20e. | $0.00        |

Case 18-32159-tmb7    Doc 14    Filed 07/12/18

21. **Other.** Specify: _____ Student Loan _____　21.　+　＿＿＿＿＿＿ $0.00

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.　　　　　　　　　　　　　　　　　　22a.　＿＿＿＿＿＿ $5,103.63

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2　22b.　＿＿＿＿＿＿ $0.00

    22c. Add line 22a and 22b. The result is your monthly expenses.　　22c.　＿＿＿＿＿＿ $5,103.63

23. **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from *Schedule I.*　23a.　＿＿＿＿＿＿ $5,107.48

    23b. Copy your monthly expenses from line 22c above.　　　　　23b.　−　＿＿＿＿＿＿ $5,103.63

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income.*　　　　　　　　　23c.　＿＿＿＿＿＿ $3.85

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    　　　　None
    ☐ Yes.

Case 18-32159-tmb7　　Doc 14　　Filed 07/12/18

**Itemized Expenses**

**Household:**

Fill in this information to identify your case:

| Debtor 1 | Michelle | Anne | Baron |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Oregon**

Case number (if known): **18-32159-tmb7**

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| Sign Below |
|---|

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaraion and that they are true and correct.

X _Michelle Baron_____     X _____

Michelle Anne Baron, Debtor 1, Debtor 1

Date 07/12/2018         Date _____
  MM/ DD/ YYYY            MM/ DD/ YYYY