Britta E. Warren, OSB No. 065441
bew@bhlaw.com
BLACK HELTERLINE LLP
805 S.W. Broadway, Suite 1900
Portland, OR 97205
Telephone: (503) 224-5560
Fax: (503) 224-6148
*Of Attorneys for David G. Law and Darrell L. Deem,
as individuals and on behalf of their Roth IRAs,
DJ Property Solutions, LLC, and Deem Funding Realty*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re

MICHELLE ANNE BARON,

              Debtor.

Case No. 18-32159-tmb7

**MOTION FOR ORDER EXTENDING DEADLINES TO FILE COMPLAINT OBJECTING TO DISCHARGE**

      COMES NOW David G. Law, an individual and on behalf of his Roth IRA #11396 ("Law"), Darrell L. Deem, an individual and on behalf of his Roth IRA #14459 ("Deem"), DJ Property Solutions, LLC, and Deem Funding Realty (collectively, the "Creditors"), hereby move the Court for an order extending the deadlines for Creditors to file a complaint objecting to debtor Michelle Baron's discharge pursuant to 11 U.S.C. § 523(a) and for denial of the discharge under 11 U.S.C. § 727(a) (the "Motion") to November 13, 2018 which is a 60 day extension.

      1.     This voluntary chapter 7 case was filed on June 21, 2018.

      2.     The chapter 7 meeting of creditors pursuant to 11 U.S.C. § 341(a) was scheduled and concluded on July 19, 2018.

Page 1 of 2 – **MOTION FOR ORDER EXTENDING DEADLINES TO FILE COMPLAINT OBJECTING TO DISCHARGE**

**BLACK HELTERLINE LLP**
805 SW Broadway, Ste. 1900
Portland, OR 97205
(503) 224-5560

Case 18-32159-tmb7   Doc 25   Filed 09/14/18

3. Fed. R. Bankr. P. 4004(a), (b) and 4007(c) require that complaints objecting to discharge must be filed within sixty days following the first date set for the meeting of creditors held pursuant to § 341(a) unless the court extends the time for filing such a complaint. The sixty-day period will expire on or about September 17, 2018.

4. On or about October 16, 2015, Creditors sued Tracey and Michelle Baron, as well as multiple entities owned and controlled by Tracey and Michelle Baron, including without limitation, Turning Leaf Homes, LLC, RenX Group, LLC, Big Blue Capital, Turning Leaf Advisors, RenX Group II, LLC, and Crimson Investment Group, LLC in the United States District Court for the District of Utah, Case No. 2:15-cv-00755-DS, entitled *Deem, et al. v. Baron, et al.* (the "Litigation").

5. The Litigation includes claims against Michelle Baron for fraud and conversion.

6. Creditors believes that grounds exist for Creditors to file a complaint for nondischargeability under 11 U.S.C. § 523(a) and 11 U.S.C. § 727(a). Creditors request additional time to investigate and evaluate this matter before making a final decision whether to file a complaint.

DATED this 14th day of September, 2018.

BLACK HELTERLINE LLP

By: s/ Britta E. Warren
Britta E. Warren, OSB No. 065441
bew@bhlaw.com
Fax: (503) 224-6148
Of Attorneys for David G. Law and Darrell L. Deem, as individuals and on behalf of their Roth IRAs, DJ Property Solutions, LLC, and Deem Funding Realty

Page 2 of 2 – **MOTION FOR ORDER EXTENDING DEADLINES TO FILE COMPLAINT OBJECTING TO DISCHARGE**

**BLACK HELTERLINE LLP**
805 SW Broadway, Ste. 1900
Portland, OR 97205
(503) 224-5560

Case 18-32159-tmb7    Doc 25    Filed 09/14/18

# CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **MOTION FOR ORDER EXTENDING DEADLINES TO FILE COMPLAINT OBJECTING TO DISCHARGE** upon all ECF participants registered with the Court to receive electronic notice as of the date of the entry of this pleading electronically via CM/ECF System on the date set forth below.

DATED this 14th day of September, 2018.

BLACK HELTERLINE LLP

By: s/ Britta E. Warren
Britta E. Warren, OSB No. 065441
bew@bhlaw.com
Fax: (503) 224-6148
Of Attorneys for David G. Law and Darrell L. Deem, as individuals and on behalf of their Roth IRAs, DJ Property Solutions, LLC, and Deem Funding Realty

Page 1 of 1 – CERTIFICATE OF SERVICE
1504057

BLACK HELTERLINE LLP
805 SW Broadway, Ste. 1900
Portland, OR 97205
(503) 224-5560

Case 18-32159-tmb7    Doc 25    Filed 09/14/18