Below is an Order of the Court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re

MICHELLE ANNE BARON,

         Debtor.

Case No. 18-32159-tmb7

**ORDER EXTENDING DEADLINES TO FILE COMPLAINT OBJECTING TO DISCHARGE**

    THIS MATTER came before the Court on October 16, 2018 on the Motion for Order Extending Deadlines to File Complaint Objecting to Discharge. Britta E. Warren appeared on behalf of movants David G. Law and Darrell L. Deem, as individuals and on behalf of their Roth IRAs, DJ Property Solutions, LLC, and Deem Funding Realty. Lawrence A. Castle appeared on behalf of the debtor Michelle Anne Baron. The Court having reviewed the motion and being fully advised,

    IT IS HEREBY ORDERED that the Motion for Order Extending Deadlines to File Complaint Objecting to Discharge is granted. The deadline for filing Complaint Objecting to Discharge is extended to December 31, 2018.

. . . . .

Page 1 of 2 – **ORDER EXTENDING DEADLINES TO FILE COMPLAINT OBJECTING TO DISCHARGE**

###

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(B).

Presented by:

Black Helterline LLP

s/Britta E. Warren
Britta E. Warren, OSB No. 065441
bew@bhlaw.com
Black Helterline LLP
805 SW Broadway, Suite 1900
Portland, OR 97205

**CERTIFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the foregoing **ORDER EXTENDING DEADLINES TO FILE COMPLAINT OBJECTING TO DISCHARGE** upon all ECF participants registered with the Court to receive electronic notice as of the date of the entry of this pleading electronically via CM/ECF System on the date set forth below:

DATED this 19th day of October, 2018.

BLACK HELTERLINE LLP


By: s/Britta E. Warren
Britta E. Warren, OSB No. 065441
bew@bhlaw.com
Fax: (503) 224-6148
Of Attorneys for David G. Law and Darrell L. Deem, as individuals and on behalf of their Roth IRAs, DJ Property Solutions, LLC, and Deem Funding Realty