Below is an order of the court.

**No further extensions will be granted.**

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re

MICHELLE ANNE BARON,

          Debtor.

Case No. 18-32159-tmb7

**ORDER GRANTING THIRD MOTION FOR ORDER EXTENDING DEADLINES TO FILE COMPLAINT OBJECTING TO DISCHARGE**

THIS MATTER coming before the Court on the Third Motion for Order Extending Deadlines to File Complaint Objecting to Discharge, and the Court being fully advised:

IT IS HEREBY ORDERED that the Third Motion for Order Extending Deadlines to File Complaint Objecting to Discharge is granted. The deadline for filing Complaint Objecting to Discharge is extended to July 9, 2019.

. . . . .

. . . . .

. . . . .

Page 1 of 2 – **ORDER GRANTING THIRD MOTION FOR ORDER EXTENDING DEADLINES TO FILE COMPLAINT OBJECTING TO DISCHARGE**

**BLACK HELTERLINE LLP**
805 SW Broadway, Ste. 1900
Portland, OR 97205
(503) 224-5560

Case 18-32159-tmb7    Doc 65    Filed 03/26/19

###

I certify that I have complied with the requirements of LBR 9021-1(a)(2)(B).

Presented by:

Black Helterline LLP

s/Britta E. Warren
Britta E. Warren, OSB No. 065441
bew@bhlaw.com
Black Helterline LLP
805 SW Broadway, Suite 1900
Portland, OR 97205

Page 2 of 2 – **ORDER GRANTING THIRD MOTION FOR ORDER EXTENDING DEADLINES TO FILE COMPLAINT OBJECTING TO DISCHARGE**

**BLACK HELTERLINE LLP**
805 SW Broadway, Ste. 1900
Portland, OR 97205
(503) 224-5560

Case 18-32159-tmb7    Doc 65    Filed 03/26/19

# CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **ORDER GRANTING THIRD MOTION FOR ORDER EXTENDING DEADLINES TO FILE COMPLAINT OBJECTING TO DISCHARGE** upon all ECF participants registered with the Court to receive electronic notice as of the date of the entry of this pleading electronically via CM/ECF System on the date set forth below:

DATED this 22nd day of March, 2019.

BLACK HELTERLINE LLP

By: s/Britta E. Warren
Britta E. Warren, OSB No. 065441
bew@bhlaw.com
Fax: (503) 224-6148
Of Attorneys for David G. Law and Darrell L. Deem, as individuals and on behalf of their Roth IRAs, DJ Property Solutions, LLC, and Deem Funding Realty

Page 1 of 1 – CERTIFICATE OF SERVICE
1583884

**BLACK HELTERLINE LLP**
805 SW Broadway, Ste. 1900
Portland, OR 97205
(503) 224-5560

Case 18-32159-tmb7    Doc 65    Filed 03/26/19