Below is an order of the court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re:<br><br>Michelle Anne Baron<br>   aka Michelle Anne Bevans<br><br>Debtor. | **Case No. 18-32159-tmb7**<br><br>**ORDER CONFIRMING INAPPLICABILITY OF THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(d)(2)** |

This matter came before the Court upon The Bank of New York Mellon FKA the Bank of New York Trustee for the certificate holders of the CWALT, INC., Alternative Loan Trust 2007-OA4 Mortgage Pass-Through certificates, series 2007-OA4, serviced by NewRez LLC, f/k/a New Penn Financial, LLC, d/b/a Shellpoint Mortgage Servicing's ("Movant"), motion for Order confirming inapplicability of the automatic stay.

///

///

///

///

///

1 - ORDER CONFIRMING INAPPLICABILITY OF THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(d)(2)

JANEWAY LAW FIRM, LLC
1499 SE Tech Center Place, Suite 255
Vancouver, WA 98683
Telephone: (360) 260-2253

NOW, THEREFORE, IT IS HEREBY:

ORDERED that pursuant to § 362(d)(2) of the Bankruptcy Code, the stay imposed by § 362(a) of the Bankruptcy Code was not in effect in the above-captioned bankruptcy case.

*###*

Presented By:

/s/ Gadi Shahak
Gadi Shahak, OSB# 180865
Janeway Law Firm, LLC
1499 SE Tech Center Place, Suite 255
Vancouver, WA 98683
(360) 260-2253
Email: gshahak@logs.com

2 - MOTION FOR ORDER CONFIRMING INAPPLICABILITY OF THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(d)(2)

JANEWAY LAW FIRM, LLC
1499 SE Tech Center Place, Suite 255
Vancouver, WA 98683
Telephone: (360) 260-2253

Case 18-32159-tmb7    Doc 122    Filed 04/13/20