| 08/18/2020 | TUESDAY | Judge Trish M Brown |
|---|---|---|

**11:00  18-32159 tmb 7  bk   Michelle Anne Baron**

**Notice of Intent To Abandon Filed By Trustee Kenneth S Eiler (Eiler, Kenneth) (128)**

| | |
|---|---|
| Michelle Anne Baron - db | LAWRENCE A CASTLE |
| David Law - cr | TROY SEXTON |
| Kenneth S Eiler - tr | |

Evidentiary Hearing:     Yes: ☐     No: ☐

Hearing continued to 9/15/20 @ 11:00 AM/TEL to allow the parties to explore possible tax consequences if property is not abandoned by the trustee but rather sold.

Order to be prepared by: ☐ Clerk's Office   ☐ Chambers   ☐ _____

DOCKET ENTRY:

Run Date:     08/18/20

Case 18-32159-tmb7    Doc 133    Filed 08/18/20