Below is an order of the court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>Michelle Anne Baron aka Michelle Anne Bevans,<br><br>Debtor. | Case No.: 18-32159-tmb7<br><br>Chapter: 7<br><br>**ORDER GRANTING MOTION FOR ORDER CONFIRMING INAPPLICABILITY OF AUTOMATIC STAY UNDER 11 U.S.C. § 362(d)(2)** |

Secured Creditor certifies that no response to the Motion for Order Confirming Inapplicability of Automatic Stay under 11 U.S.C. § 362(d)(2) filed on September 3, 2020 and served on September 3, 2020 was filed within the response period plus 3 days.

1

ZBS LAW, LLP
5 Centerpointe Drive, Suite 400-47
Lake Oswego, OR 97035
503-946-6558x801
503-296-2884
jmyers@zbslaw.com

| | |
|---|---|
| 1 | The Court, having considered the pleadings including the evidence attached thereto and |
| 2 | the arguments presented, makes its Order as follows: |

    **IT IS HEREBY ORDERED** that Secured Creditor's Motion for Order Confirming Inapplicability of Automatic Stay is granted pursuant to 11 U.S.C. § 362(d)(2) as to Secured Creditor's interest in the real property generally described as property located at **530 Upper Lavista Court NW, Salem, OR 97304** ("Property") and specifically described in Document No. 2008-013805, recorded on November 26, 2008, in Polk County, Oregon. The Automatic Stay is and has been inapplicable with respect to Secured Creditor's interest in the Property. Secured Creditor may proceed with foreclosure and sale of the Property in accordance with applicable state law. Secured Creditor may thereafter take any action allowed by state law to obtain complete possession of the Property.

    **IT IS FURTHER ORDERED** that the 14-day stay set forth in Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived.

###

Presented and certified by:

/s/ *Jeffrey A. Myers*
_____
Jeffrey A. Myers, Esq., OSB 094561
Attorney for Secured Creditor,
U.S. Bank Trust National Association
as Trustee of Chalet Series III Trust

2

ZBS LAW, LLP
5 Centerpointe Drive, Suite 400-47
Lake Oswego, OR 97035
503-946-6558x801
503-296-2884
jmyers@zbslaw.com

Case 18-32159-tmb7    Doc 149    Filed 09/30/20