# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF OREGON

In re: BARON, MICHELLE ANNE § Case No. 318-32159TMB7
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 21, 2018. The undersigned trustee was appointed on June 21, 2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $     550,000.00

   Funds were disbursed in the following amounts:
   Payments made under an
     interim distribution                                530,000.00
   Administrative expenses                                   348.00
   Bank service fees                                         157.34
   Other payments to creditors                                 0.00
   Non-estate funds paid to 3rd Parties                        0.00
   Exemptions paid to the debtor                               0.00
   Other payments to the debtor                                0.00

   Leaving a balance on hand of[1]     $      19,494.66

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/18/2018 and the deadline for filing governmental claims was 12/18/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $30,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $10,000.00, for a total compensation of $10,000.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $36.26, for total expenses of $36.26.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/18/2021   By: /s/KENNETH S. EILER
                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 318-32159TMB7  **Trustee:** (570100) KENNETH S. EILER
**Case Name:** BARON, MICHELLE ANNE  **Filed (f) or Converted (c):** 06/21/18 (f)
 **§341(a) Meeting Date:** 07/19/18
**Period Ending:** 03/18/21  **Claims Bar Date:** 12/18/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 HEATHER COURT<br>    ABANDONED PER DKT. #92<br>CRIMSON INVESTMENT GROUP LLC<br>FORECLOSED | 225,000.00 | 0.00 | OA | 0.00 | FA |
| 2 WORDEN HILL<br>    ABANDONED PER DKT. #92<br>TURNING LEAF HOMES II LLC | 387,500.00 | 0.00 | OA | 0.00 | FA |
| 3 LAVISTA COURT<br>    ABANDONED PER DKT. #92<br>TURNING LEAF HOMES  LLC | 137,500.00 | 137,500.00 | OA | 0.00 | FA |
| 4 10TH ST. NEWBERG<br>    ABANDONED PER DKT. #92<br>TURNING LEAF HOMES  LLC<br>FORECLOSED | 185,000.00 | 0.00 | OA | 0.00 | FA |
| 5 SW 71ST<br>    ABANDONED PER DKT. #92<br>TURNING LEAF HOMES  LLC | 400,000.00 | 0.00 | OA | 0.00 | FA |
| 6 DURANGO PL<br>    ABANDONED PER DKT. #92<br>TURNING LEAF HOMES  LLC | 1,022,000.00 | 0.00 | OA | 0.00 | FA |
| 7 172ND PLACE<br>    ABANDONED PER DKT. #92<br>TURNING LEAF HOMES  LLC | 215,000.00 | 0.00 | OA | 0.00 | FA |
| 8 154TH DR.<br>    ABANDONED PER DKT. #92<br>TURNING LEAF HOMES  LLC | 175,978.50 | 0.00 | OA | 0.00 | FA |
| 9 FIRWOOD RD<br>    ABANDONED PER DKT. #92<br>FORECLOSED | 253,500.00 | 0.00 | OA | 0.00 | FA |
| 10 COLUMBIA CIRCLE<br>    ABANDONED PER DKT. #92<br>TURNING LEAF HOMES  LLC | 182,500.00 | 0.00 | OA | 0.00 | FA |
| 11 ROSE LANE<br>    ABANDONED PER DKT. #92 | 550,000.00 | 550,000.00 | OA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 318-32159TMB7  **Trustee:** (570100) KENNETH S. EILER
**Case Name:** BARON, MICHELLE ANNE  **Filed (f) or Converted (c):** 06/21/18 (f)
  **§341(a) Meeting Date:** 07/19/18
**Period Ending:** 03/18/21  **Claims Bar Date:** 12/18/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | TURNING LEAF HOMES  LLC |  |  |  |  |  |
| 12 | 112TH AVE<br>    ABANDONED PER DKT. #92<br>TURNING LEAF HOMES  LLC | 452,654.00 | 0.00 | OA | 0.00 | FA |
| 13 | HELENS WAY<br>    ABANDONED PER DKT. #92<br>TURNING LEAF HOMES  LLC<br>FORECLOSED | 151,305.50 | 0.00 | OA | 0.00 | FA |
| 14 | SMITH RD<br>    ABANDONED PER DKT. #92<br>TURNING LEAF HOMES  III LLC | 120,000.00 | 0.00 | OA | 0.00 | FA |
| 15 | CHAPIN CT<br>    ABANDONED PER DKT. #92<br>TURNING LEAF HOMES  LLC | 214,000.00 | 0.00 | OA | 0.00 | FA |
| 16 | DOUGLASS RD<br>    ABANDONED PER DKT. #92<br>TURNING LEAF HOMES  LLC<br>FORECLOSED | 272,759.50 | 0.00 | OA | 0.00 | FA |
| 17 | OAK SHORE LN | 750,000.00 | 0.00 | OA | 0.00 | FA |
| 18 | 18901 HILL TOP RD., LAKE OSWEGO, OR 97034 | 440,000.00 | 0.00 |  | 550,000.00 | FA |
| 19 | 62ND AVE<br>    CRIMSON INVESTMENT GROUP LLC<br>FORECLOSED | 250,000.00 | 0.00 | OA | 0.00 | FA |
| 20 | KINNAMAN RD<br>    CRIMSON INVESTMENT GROUP LLC<br>FORECLOSED | 175,000.00 | 0.00 | OA | 0.00 | FA |
| 21 | BELMONT ST.<br>    Turning Leaf Homes LLC<br>FORECLOSED | 641,195.00 | 0.00 | OA | 0.00 | FA |
| 22 | 2017 AUDI | Unknown | 0.00 |  | 0.00 | FA |
| 23 | HOUSEHOLD GOODS | 750.00 | 0.00 |  | 0.00 | FA |
| 24 | ELECTRONICS | 500.00 | 0.00 |  | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 318-32159TMB7  **Trustee:** (570100) KENNETH S. EILER
**Case Name:** BARON, MICHELLE ANNE  **Filed (f) or Converted (c):** 06/21/18 (f)
  **§341(a) Meeting Date:** 07/19/18
**Period Ending:** 03/18/21  **Claims Bar Date:** 12/18/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 25 | CLOTHING | 3,500.00 | 0.00 | | 0.00 | FA |
| 26 | JEWELRY | 5,000.00 | 0.00 | | 0.00 | FA |
| 27 | SHOES PURSES MAKEUP | 3,300.00 | 0.00 | | 0.00 | FA |
| 28 | TURNING LEAF HOMES<br>    ABANDONED PER DKT. #92 | Unknown | 0.00 | OA | 0.00 | FA |
| 29 | RENX GROUP<br>    ABANDONED PER DKT. #92 | Unknown | 0.00 | OA | 0.00 | FA |
| 30 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 31 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 31 | Assets   Totals (Excluding unknown values) | $7,213,942.50 | $687,500.00 | | $550,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

　　TFR FILED

**Initial Projected Date Of Final Report (TFR):**　December 1, 2019　　　**Current Projected Date Of Final Report (TFR):**　March 18, 2021  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 318-32159TMB7     **Trustee:** KENNETH S. EILER (570100)
**Case Name:** BARON, MICHELLE ANNE     **Bank Name:** Mechanics Bank
    **Account:** ******4166 - Checking Account
**Taxpayer ID #:** **-***9771     **Blanket Bond:** $55,683,398.00 (per case limit)
**Period Ending:** 03/18/21     **Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/01/20 | {18} | DAVID LAW | PAYMENT ON SALE OF HILL TOP - BALANCE OF SALE PROCEEDS | 1110-000 | 10,000.00 | | 10,000.00 |
| 10/01/20 | | DAVID LAW | PAYMENT ON SALE OF HILL TOP | | 10,000.00 | | 20,000.00 |
| | {18} | | GROSS SALE 540,000.00 PROCEEDS - PARTIAL | 1110-000 | | | 20,000.00 |
| | | Darell Deem, David Law, et.al | FIRST LIENHOLDER -530,000.00 | 4110-000 | | | 20,000.00 |
| 10/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 30.89 | 19,969.11 |
| 11/19/20 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 19,969.11 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **20,000.00** | **20,000.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 19,969.11 | |
| | | | **Subtotal** | | **20,000.00** | **30.89** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$20,000.00** | **$30.89** | |

{} Asset reference(s)     Printed: 03/18/2021 04:50 PM    V.20.29

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 318-32159TMB7  
**Case Name:** BARON, MICHELLE ANNE  

**Taxpayer ID #:** **-***9771  
**Period Ending:** 03/18/21  

**Trustee:** KENNETH S. EILER (570100)  
**Bank Name:** People's United Bank  
**Account:** ******4417 - Checking Account  
**Blanket Bond:** $55,683,398.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/19/20 | | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ******2572 | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ******2572 | 9999-000 | 19,969.11 | | 19,969.11 |
| 11/30/20 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 30.85 | 19,938.26 |
| 12/31/20 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 35.05 | 19,903.21 |
| 01/29/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 30.83 | 19,872.38 |
| 02/12/21 | 10101 | OREGON DEPARTMENT OF REVENUE | ESTATE INCOME TAX Stopped on 03/05/21 | 2820-000 | | 167.00 | 19,705.38 |
| 02/26/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 29.72 | 19,675.66 |
| 03/05/21 | 10101 | OREGON DEPARTMENT OF REVENUE | ESTATE INCOME TAX Stopped: check issued on 02/12/21 | 2820-000 | | -167.00 | 19,842.66 |
| 03/05/21 | 10102 | OREGON DEPARTMENT OF REVENUE | ESTATE INCOME TAX - REISSUED | 2820-000 | | 167.00 | 19,675.66 |
| 03/18/21 | 10103 | KEN EILER | REIMBURSE FOR SALE FREE AND CLEAR FILING FEE | 2700-000 | | 181.00 | 19,494.66 |
| | | | **ACCOUNT TOTALS** | | 19,969.11 | 474.45 | **$19,494.66** |
| | | | Less: Bank Transfers | | 19,969.11 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 474.45 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$474.45** | |

Net Receipts : 20,000.00  
Plus Gross Adjustments : 530,000.00  
Net Estate : $550,000.00  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4166** | 20,000.00 | 30.89 | 0.00 |
| **Checking # ******4417** | 0.00 | 474.45 | 19,494.66 |
| | $20,000.00 | $505.34 | $19,494.66 |

{} Asset reference(s)

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** December 18, 2018

**Case Number:** 318-32159TMB7
**Debtor Name:** BARON, MICHELLE ANNE

Page: 1

**Date:** March 18, 2021
**Time:** 04:51:25 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | KENNETH S. EILER<br>PMB 810<br>515 NW SALTZMAN RD<br>PORTLAND, OR 97229 | Admin Ch. 7 | VOLUNTARILY REDUCED BY THE TRUSTEE | $10,000.00 | $0.00 | 10,000.00 |
| 200 | KENNETH S. EILER<br>PMB 810<br>515 NW SALTZMAN RD<br>PORTLAND, OR 97229 | Admin Ch. 7 | | $36.26 | $0.00 | 36.26 |
| 5<br>200 | Bennington Moshofsky PC<br>4800 SW Griffith Dr #350<br>Beaverton, OR 97005 | Admin Ch. 7 | | $906.00 | $0.00 | 906.00 |
| 5A<br>200 | Bennington Moshofsky PC<br>4800 SW Griffith Dr #350<br>Beaverton, OR 97005 | Admin Ch. 7 | | $3.00 | $0.00 | 3.00 |
| 2P<br>570 | IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $6,201.87 | $0.00 | 6,201.87 |
| 4S-3<br>100 | Darell Deem, David Law, et.al<br>Troy Sexton<br>117 SW Taylor St #300<br>Portland, OR 97204 | Secured | ALLOWED AMOUNT IS AMOUNT DEEMED OWING AT CLOSING | $530,000.00 | $530,000.00 | 0.00 |
| 1 -2<br>201 | ODR Bkcy<br>955 Center St NE<br>Salem, OR 97301-2555 | Secured | PER EMAIL FROM IRS 2-24-21, ODR SECURED CLAIM IS PAID AHEAD OF IRS SECURED CLAIM | $43,509.40 | $0.00 | 43,509.40 |
| 2S<br>202 | IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Secured | PER EMAIL FROM IRS 2-24-21, ODR SECURED CLAIM IS PAID AHEAD OF IRS SECURED CLAIM | $145,850.35 | $0.00 | 145,850.35 |
| 2U<br>610 | IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $6,749.37 | $0.00 | 6,749.37 |
| 3<br>610 | SYNCHRONY BANK<br>c/o Weinstein & Riley, PS<br>2001 Western Ave., Ste 400<br>Seattle, WA 98121 | Unsecured | NO FUNDS AVAILABLE FOR PAYMENT ON THIS CLAIM | $1,782.98 | $0.00 | 1,782.98 |
| 4U-3<br>610 | Darell Deem, David Law, et.al<br>Troy Sexton<br>117 SW Taylor St #300<br>Portland, OR 97204 | Unsecured | NO FUNDS AVAILABLE FOR PAYMENT ON THIS CLAIM | $110,124.65 | $0.00 | 110,124.65 |
| << Totals >> | | | | 855,163.88 | 530,000.00 | 325,163.88 |

Case 18-32159-tmb7    Doc 159    Filed 04/05/21

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 318-32159TMB7
Case Name: BARON, MICHELLE ANNE
Trustee Name: KENNETH S. EILER

**Balance on hand:** $ 19,494.66

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1-2 | ODR Bkcy | 43,509.40 | 43,509.40 | 0.00 | 8,549.40 |
| 2S | IRS | 145,850.35 | 145,850.35 | 0.00 | 0.00 |
| 4S-3 | Darell Deem, David Law, et.al | 537,311.01 | 530,000.00 | 530,000.00 | 0.00 |

Total to be paid to secured creditors: $ 8,549.40
Remaining balance: $ 10,945.26

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KENNETH S. EILER | 10,000.00 | 0.00 | 10,000.00 |
| Trustee, Expenses - KENNETH S. EILER | 36.26 | 0.00 | 36.26 |
| Accountant for Trustee, Fees - Bennington Moshofsky PC | 906.00 | 0.00 | 906.00 |
| Accountant for Trustee, Expenses - Bennington Moshofsky PC | 3.00 | 0.00 | 3.00 |

Total to be paid for chapter 7 administration expenses: $ 10,945.26
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,201.87 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2P | IRS | 6,201.87 | 0.00 | 0.00 |

|  |  |  |
|---|---|---:|
|  | Total to be paid for priority claims: | $ 0.00 |
|  | Remaining balance: | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 118,657.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2U | IRS | 6,749.37 | 0.00 | 0.00 |
| 3 | SYNCHRONY BANK | 1,782.98 | 0.00 | 0.00 |
| 4U-3 | Darell Deem, David Law, et.al | 110,124.65 | 0.00 | 0.00 |

|  |  |  |
|---|---|---:|
|  | Total to be paid for timely general unsecured claims: | $ 0.00 |
|  | Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None |  |  |  |  |

|  |  |  |
|---|---|---:|
|  | Total to be paid for tardy general unsecured claims: | $ 0.00 |
|  | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**