# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF OREGON

In re: BARON, MICHELLE ANNE § Case No. 318-32159TMB7
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    KENNETH S. EILER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $6,773,942.50 *(without deducting any secured claims)* | Assets Exempt: $13,050.00 |
| Total Distribution to Claimants: $538,549.40 | Claims Discharged Without Payment: $807,397.16 |
| Total Expenses of Administration: $11,450.60 | |

    3) Total gross receipts of $ 550,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $550,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $10,991,719.30 | $726,670.76 | $719,359.75 | $538,549.40 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 32,200.60 | 11,450.60 | 11,450.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 6,201.87 | 6,201.87 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,365,076.58 | 118,657.00 | 118,657.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $12,356,795.88 | $883,730.23 | $855,669.22 | $550,000.00 |

4) This case was originally filed under Chapter 7 on June 21, 2018. The case was pending for 35 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/07/2021          By: /s/KENNETH S. EILER
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 18901 HILL TOP RD., LAKE OSWEGO, OR 97034 | 1110-000 | 550,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$550,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | ODR Bkcy | 4800-070 | N/A | 43,509.40 | 43,509.40 | 8,549.40 |
| 2S | IRS | 4300-070 | N/A | 145,850.35 | 145,850.35 | 0.00 |
| 4S-3 | Darell Deem, David Law, et.al | 4110-000 | 0.00 | 537,311.01 | 530,000.00 | 530,000.00 |
| NOTFILED | Greentree | 4110-000 | 280,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Greenpoint Mortgage | 4110-000 | 200,000.00 | N/A | N/A | 0.00 |
| NOTFILED | DiTech Funding | 4110-000 | 425,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Falcon Attorney Fees | 4110-000 | 28,415.30 | N/A | N/A | 0.00 |
| NOTFILED | CitiGroup Mortgage | 4110-000 | 420,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Deutsche Bank Trust Company Americas - 35727SEDouglass | 4110-000 | 374,609.00 | N/A | N/A | 0.00 |
| NOTFILED | Deutsche Bank National Trust Co. | 4110-000 | 475,000.00 | N/A | N/A | 0.00 |
| NOTFILED | KeyBank National Association | 4110-000 | 750,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Madalvn Falcon | 4110-000 | 250,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED | Kimco Properties | 4110-000 | 82,957.00 | N/A | N/A | 0.00 |
| NOTFILED | Ocwen Loan Servicing, LLC (515NW112TH) | 4110-000 | 569,160.00 | N/A | N/A | 0.00 |
| NOTFILED | Onewest Bank | 4110-000 | 201,732.00 | N/A | N/A | 0.00 |
| NOTFILED | Ocwen - Firwood | 4110-000 | 400,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Rylands, Michelle | 4110-000 | 35,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationstar Mort. | 4110-000 | 420,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Ownit Mortgage | 4110-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | CIT Heloc | 4110-000 | 260,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Law, David and Janine | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Charter/Saxon Mortgage | 4110-000 | 1,447,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Home Finance (13602SE154th) | 4110-000 | 173,447.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America - 35727SEDouglass | 4110-000 | 60,000.00 | N/A | N/A | 0.00 |
| NOTFILED | ASC (35376HelensWay) | 4110-000 | 222,798.00 | N/A | N/A | 0.00 |
| NOTFILED | B of A Home Loans | 4110-000 | 70,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America - Chapin Ct | 4110-000 | 380,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 900,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Berkey | 4110-000 | 31,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America (35376HelensWay) | 4110-000 | 35,101.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Home Finance | 4110-000 | 1,280,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bayview Loan Servicing LLC - 5631SEBelmontST | 4110-000 | 950,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America Columbia Circle 1st | 4110-000 | 220,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $10,991,719.30 | $726,670.76 | $719,359.75 | $538,549.40 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - KENNETH S. EILER | 2100-000 | N/A | 30,750.00 | 10,000.00 | 10,000.00 |
| Trustee Expenses - KENNETH S. EILER | 2200-000 | N/A | 36.26 | 36.26 | 36.26 |
| Accountant for Trustee Fees (Trustee Firm) - Bennington Moshofsky PC | 3310-000 | N/A | 909.00 | 906.00 | 906.00 |
| Accountant for Trustee Expenses (Trustee Firm) - Bennington Moshofsky PC | 3320-000 | N/A | 0.00 | 3.00 | 3.00 |
| Other - Mechanics Bank | 2600-000 | N/A | 30.89 | 30.89 | 30.89 |
| Other - People's United Bank | 2600-000 | N/A | 30.85 | 30.85 | 30.85 |
| Other - People's United Bank | 2600-000 | N/A | 35.05 | 35.05 | 35.05 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - People's United Bank | 2600-000 | N/A | 30.83 | 30.83 | 30.83 |
| Other - People's United Bank | 2600-000 | N/A | 29.72 | 29.72 | 29.72 |
| Other - OREGON DEPARTMENT OF REVENUE | 2820-000 | N/A | 167.00 | 167.00 | 167.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - KEN | 2700-000 | N/A | 181.00 | 181.00 | 181.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $32,200.60 | $11,450.60 | $11,450.60 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | IRS | 5800-000 | N/A | 6,201.87 | 6,201.87 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $6,201.87 | $6,201.87 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2U | IRS | 7100-000 | N/A | 6,749.37 | 6,749.37 | 0.00 |
| 3 | SYNCHRONY BANK | 7100-000 | N/A | 1,782.98 | 1,782.98 | 0.00 |
| 4U-3 | Darell Deem, David Law, et.al | 7100-000 | 682,538.29 | 110,124.65 | 110,124.65 | 0.00 |
| NOTFILED | David & Janine Law | 7100-000 | 682,538.29 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,365,076.58 | $118,657.00 | $118,657.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 318-32159TMB7  
**Case Name:** BARON, MICHELLE ANNE  

**Period Ending:** 06/07/21

**Trustee:** (570100) KENNETH S. EILER  
**Filed (f) or Converted (c):** 06/21/18 (f)  
**§341(a) Meeting Date:** 07/19/18  
**Claims Bar Date:** 12/18/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | HEATHER COURT<br>    ABANDONED PER DKT. #92<br>CRIMSON INVESTMENT GROUP LLC<br>FORECLOSED | 225,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | WORDEN HILL<br>    ABANDONED PER DKT. #92<br>TURNING LEAF HOMES II LLC | 387,500.00 | 0.00 | OA | 0.00 | FA |
| 3 | LAVISTA COURT<br>    ABANDONED PER DKT. #92<br>TURNING LEAF HOMES  LLC | 137,500.00 | 137,500.00 | OA | 0.00 | FA |
| 4 | 10TH ST. NEWBERG<br>    ABANDONED PER DKT. #92<br>TURNING LEAF HOMES  LLC<br>FORECLOSED | 185,000.00 | 0.00 | OA | 0.00 | FA |
| 5 | SW 71ST<br>    ABANDONED PER DKT. #92<br>TURNING LEAF HOMES  LLC | 400,000.00 | 0.00 | OA | 0.00 | FA |
| 6 | DURANGO PL<br>    ABANDONED PER DKT. #92<br>TURNING LEAF HOMES  LLC | 1,022,000.00 | 0.00 | OA | 0.00 | FA |
| 7 | 172ND PLACE<br>    ABANDONED PER DKT. #92<br>TURNING LEAF HOMES  LLC | 215,000.00 | 0.00 | OA | 0.00 | FA |
| 8 | 154TH DR.<br>    ABANDONED PER DKT. #92<br>TURNING LEAF HOMES  LLC | 175,978.50 | 0.00 | OA | 0.00 | FA |
| 9 | FIRWOOD RD<br>    ABANDONED PER DKT. #92<br>FORECLOSED | 253,500.00 | 0.00 | OA | 0.00 | FA |
| 10 | COLUMBIA CIRCLE<br>    ABANDONED PER DKT. #92<br>TURNING LEAF HOMES  LLC | 182,500.00 | 0.00 | OA | 0.00 | FA |
| 11 | ROSE LANE<br>    ABANDONED PER DKT. #92 | 550,000.00 | 550,000.00 | OA | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 318-32159TMB7  
**Case Name:** BARON, MICHELLE ANNE

**Period Ending:** 06/07/21

**Trustee:** (570100) KENNETH S. EILER  
**Filed (f) or Converted (c):** 06/21/18 (f)  
**§341(a) Meeting Date:** 07/19/18  
**Claims Bar Date:** 12/18/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| TURNING LEAF HOMES LLC | | | | | |
| 12 | 112TH AVE<br>    ABANDONED PER DKT. #92<br>TURNING LEAF HOMES LLC | 452,654.00 | 0.00 | OA | 0.00 | FA |
| 13 | HELENS WAY<br>    ABANDONED PER DKT. #92<br>TURNING LEAF HOMES LLC<br>FORECLOSED | 151,305.50 | 0.00 | OA | 0.00 | FA |
| 14 | SMITH RD<br>    ABANDONED PER DKT. #92<br>TURNING LEAF HOMES III LLC | 120,000.00 | 0.00 | OA | 0.00 | FA |
| 15 | CHAPIN CT<br>    ABANDONED PER DKT. #92<br>TURNING LEAF HOMES LLC | 214,000.00 | 0.00 | OA | 0.00 | FA |
| 16 | DOUGLASS RD<br>    ABANDONED PER DKT. #92<br>TURNING LEAF HOMES LLC<br>FORECLOSED | 272,759.50 | 0.00 | OA | 0.00 | FA |
| 17 | OAK SHORE LN | 750,000.00 | 0.00 | OA | 0.00 | FA |
| 18 | 18901 HILL TOP RD., LAKE OSWEGO, OR 97034 | 440,000.00 | 0.00 | | 550,000.00 | FA |
| 19 | 62ND AVE<br>    CRIMSON INVESTMENT GROUP LLC<br>FORECLOSED | 250,000.00 | 0.00 | OA | 0.00 | FA |
| 20 | KINNAMAN RD<br>    CRIMSON INVESTMENT GROUP LLC<br>FORECLOSED | 175,000.00 | 0.00 | OA | 0.00 | FA |
| 21 | BELMONT ST.<br>    Turning Leaf Homes LLC<br>FORECLOSED | 641,195.00 | 0.00 | OA | 0.00 | FA |
| 22 | 2017 AUDI | Unknown | 0.00 | | 0.00 | FA |
| 23 | HOUSEHOLD GOODS | 750.00 | 0.00 | | 0.00 | FA |
| 24 | ELECTRONICS | 500.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 318-32159TMB7  
**Case Name:** BARON, MICHELLE ANNE

**Period Ending:** 06/07/21

**Trustee:** (570100) KENNETH S. EILER  
**Filed (f) or Converted (c):** 06/21/18 (f)  
**§341(a) Meeting Date:** 07/19/18  
**Claims Bar Date:** 12/18/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 25 | CLOTHING | 3,500.00 | 0.00 | | 0.00 | FA |
| 26 | JEWELRY | 5,000.00 | 0.00 | | 0.00 | FA |
| 27 | SHOES PURSES MAKEUP | 3,300.00 | 0.00 | | 0.00 | FA |
| 28 | TURNING LEAF HOMES<br>    ABANDONED PER DKT. #92 | Unknown | 0.00 | OA | 0.00 | FA |
| 29 | RENX GROUP<br>    ABANDONED PER DKT. #92 | Unknown | 0.00 | OA | 0.00 | FA |
| 30 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 31 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 31 | **Assets** Totals (Excluding unknown values) | **$7,213,942.50** | **$687,500.00** | | **$550,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    WAITING FOR ZERO

**Initial Projected Date Of Final Report (TFR):**  December 1, 2019     **Current Projected Date Of Final Report (TFR):**  March 18, 2021  (Actual)

Printed: 06/07/2021 03:28 PM     V.20.33

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 318-32159TMB7  
**Case Name:** BARON, MICHELLE ANNE  

**Taxpayer ID #:** **-***9771  
**Period Ending:** 06/07/21  

**Trustee:** KENNETH S. EILER (570100)  
**Bank Name:** Mechanics Bank  
**Account:** ******4166 - Checking Account  
**Blanket Bond:** $55,683,398.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/01/20 | {18} | DAVID LAW | PAYMENT ON SALE OF HILL TOP - BALANCE OF SALE PROCEEDS | 1110-000 | 10,000.00 | | 10,000.00 |
| 10/01/20 | | DAVID LAW | PAYMENT ON SALE OF HILL TOP | | 10,000.00 | | 20,000.00 |
| | {18} | | GROSS SALE           540,000.00<br>PROCEEDS - PARTIAL | 1110-000 | | | 20,000.00 |
| | | Darell Deem, David Law, et.al | FIRST LIENHOLDER     -530,000.00 | 4110-000 | | | 20,000.00 |
| 10/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 30.89 | 19,969.11 |
| 11/19/20 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 19,969.11 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 20,000.00 | 20,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 19,969.11 | |
| | | | **Subtotal** | | 20,000.00 | 30.89 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$20,000.00** | **$30.89** | |

{} Asset reference(s)

Printed: 06/07/2021 03:28 PM   V.20.33

Case 18-32159-tmb7    Doc 163    Filed 06/16/21

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 318-32159TMB7
**Case Name:** BARON, MICHELLE ANNE

**Taxpayer ID #:** **-***9771
**Period Ending:** 06/07/21

**Trustee:** KENNETH S. EILER (570100)
**Bank Name:** People's United Bank
**Account:** ******4417 - Checking Account
**Blanket Bond:** $55,683,398.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/19/20 | | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ******2572 | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT ******2572 | 9999-000 | 19,969.11 | | 19,969.11 |
| 11/30/20 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 30.85 | 19,938.26 |
| 12/31/20 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 35.05 | 19,903.21 |
| 01/29/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 30.83 | 19,872.38 |
| 02/12/21 | 10101 | OREGON DEPARTMENT OF REVENUE | ESTATE INCOME TAX Stopped on 03/05/21 | 2820-000 | | 167.00 | 19,705.38 |
| 02/26/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 29.72 | 19,675.66 |
| 03/05/21 | 10101 | OREGON DEPARTMENT OF REVENUE | ESTATE INCOME TAX Stopped: check issued on 02/12/21 | 2820-000 | | -167.00 | 19,842.66 |
| 03/05/21 | 10102 | OREGON DEPARTMENT OF REVENUE | ESTATE INCOME TAX - REISSUED | 2820-000 | | 167.00 | 19,675.66 |
| 03/18/21 | 10103 | KEN EILER | REIMBURSE FOR SALE FREE AND CLEAR FILING FEE | 2700-000 | | 181.00 | 19,494.66 |
| 05/05/21 | 10104 | Bennington Moshofsky PC | Dividend paid 100.00% on $906.00, Accountant for Trustee Fees (Trustee Firm); Reference: | 3310-000 | | 906.00 | 18,588.66 |
| 05/05/21 | 10105 | Bennington Moshofsky PC | Dividend paid 100.00% on $3.00, Accountant for Trustee Expenses (Trustee Firm); Reference: | 3320-000 | | 3.00 | 18,585.66 |
| 05/05/21 | 10106 | ODR Bkcy | Account Number If Known: | 4800-070 | | 8,549.40 | 10,036.26 |
| 05/05/21 | 10107 | KENNETH S. EILER | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST Stopped on 05/05/21 | 2100-000 | | 10,036.26 | 0.00 |
| 05/05/21 | 10107 | KENNETH S. EILER | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST Stopped: check issued on 05/05/21 | 2100-000 | | -10,036.26 | 10,036.26 |
| 05/05/21 | 10108 | KENNETH S. EILER | TRUSTEE COMMISSION | 2100-000 | | 10,000.00 | 36.26 |
| 05/05/21 | 10109 | KENNETH S. EILER | TRUSTEE EXPENSES | 2200-000 | | 36.26 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 19,969.11 | 19,969.11 | $0.00 |
| | | | Less: Bank Transfers | | 19,969.11 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 19,969.11 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$19,969.11** | |

{} Asset reference(s)

Printed: 06/07/2021 03:28 PM  V.20.33

Case 18-32159-tmb7    Doc 163    Filed 06/16/21

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 318-32159TMB7 | | **Trustee:** | KENNETH S. EILER (570100) |
| **Case Name:** | BARON, MICHELLE ANNE | | **Bank Name:** | People's United Bank |
| | | | **Account:** | ******4417 - Checking Account |
| **Taxpayer ID #:** | **-***9771 | | **Blanket Bond:** | $55,683,398.00 (per case limit) |
| **Period Ending:** | 06/07/21 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 20,000.00
Plus Gross Adjustments : 530,000.00
_____
Net Estate : $550,000.00

|  | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******4166** | 20,000.00 | 30.89 | 0.00 |
| **Checking # ******4417** | 0.00 | 19,969.11 | 0.00 |
| | $20,000.00 | $20,000.00 | $0.00 |